```
Session: 2009November13                                                          Page 1
Session: 2009November13           Division: Bky              Courtroom: crtroom211
Session Date: 2009/11/13          Session Time: 14:54
Judge: VanDervort, R. Clarke
Reporter: Courtflow


Clerk(s):
  Keene, Melissa

US Attorney(s):
  AUSA, None

Public Defender(s):
  FPD, None

Prob. Officer(s):
  Richmond, Amy

Court interpreter(s):
_____

Case ID: 0001
                    Case number: 1:09-mj-0142
                    Plaintiff:
                    Plaintiff Attorney:
                    Defendant: Shrader, Thomas Creighton
                    Co-Defendant(s):
                    Pers/Panel  Attorney:
                    US Attorney:
                    Public Defender:


2009/11/13
    15:18:28 - Operator
        Recording:
    15:18:28 - New case
        Shrader, Thomas Creighton
    15:18:32 - General:
        INITIAL APPEARANCE
    15:18:49 - General:
        Defendant's rights stated by Judge and defendant acknowledged these rights
    15:19:46 - Judge: VanDervort, R. Clarke
        Defendant qualifies for court-appointed counsel
    15:21:01 - Defendant: Shrader, Thomas Creighton
        Stated name, address, and phone number
    15:21:06 - Defendant: Shrader, Thomas Creighton
        education
    15:22:21 - Judge: VanDervort, R. Clarke
        Defendant received copy of charges and motion for detention
    15:22:32 - Judge: VanDervort, R. Clarke
        PRELIMINARY/DETENTION HEARINGS:  Tuesday, November 17 at 3:00 p.m. in
    15:22:56 - Judge: VanDervort, R. Clarke
        Beckley, before RCV
    15:23:41 - Judge: VanDervort, R. Clarke
        Defendant remanded to custody of USMS
    15:24:15 - General:
        hearing adjourned
    15:24:20 - Operator
        Stop recording:
```