IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 1:09-CR-00270

**THOMAS CREIGHTON SHRADER**

### SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on December 15, 2009, the United States of America, by counsel, herewith supplements its response to Defendant's Standard Discovery Requests by providing the following:

1. Federal Bureau of Investigation Report dated November 13, 2009 regarding Thomas Shrader (Bates No. Gov-00048-49);

2. Federal Bureau of Investigation Report dated December 1, 2009 regarding Elizabeth Shrader Jones (Bates No. Gov-00050-51); and

3. Federal Bureau of Investigation Report dated December 1, 2009 regarding Dolores Stanley (Bates No. Gov-00052-54).

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

/s/ *Thomas C. Ryan*
Thomas C. Ryan, WV Bar No. 9883
Assistant United States Attorney
300 Virginia Street, East - Room 4000
Charleston, WV 25301
Email:  thomas.ryan@usdoj.gov

CERTIFICATE OF SERVICE

I certify that the "SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing and hand-delivery today, January 7, 2010 to:

>   Christian M. Capece
>   Assistant Federal Public Defender
>   Christian_Capece@fd.org
>   300 Virginia Street, East, Room 3400
>   Charleston, WV  25301

>   /s/ *Thomas C. Ryan*
>   Thomas C. Ryan
>   Assistant United States Attorney
>   WV Bar No. 9883
>   300 Virginia Street, East
>   Room 4000
>   Charleston, WV 25301
>   Telephone:  304-345-2200
>   Fax:  304-347-5104
>   Email:  thomas.ryan@usdoj.gov