IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD


UNITED STATES OF AMERICA


v.                                    CRIMINAL NO.  1:09-CR-00270


THOMAS CREIGHTON SHRADER


EIGHTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF
AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS


Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure,
and the Arraignment Order and Standard Discovery Request entered by
the Court in this case on December 15, 2009, the United States of
America, by counsel, herewith supplements its response to
Defendant's Standard Discovery Requests by providing the following:

**Request G:  Give to the defendant a written summary of any
testimony the government intends to use under Rules 702, 703 or 705
of the Federal Rules of Evidence during its case-in-chief at trial.
If the government requests discovery under Federal Rules of
Criminal Procedure 16(b)(1)(C)(ii) and the defendant complies, the
government must, at the defendant's request, give to the defendant
a written summary of testimony that the government intends to use
under Rules 702, 703, or 705 of the Federal Rules of Evidence as
evidence at trial on the issue of the defendant's mental condition.
The summary must describe the witness's opinions, the bases and
reasons for those opinions, and the witness's qualifications.
[Fed. R. Crim. P. 16(a)(1)(G)]**


**Response:**  The United States intends to call Senior Special
ATF Agent Richard Summerfield in its case in chief.  Mr.
Summerfield has received specialized training in the identification
of firearms, marking and documentation requirements for firearms

manufacturers, and firearms history.  He has been accepted as an expert in this field and permitted to offer expert testimony in regard to the origin of firearms, in United States Courts in both the Northern and Southern Districts of West Virginia, on more than 30 occasions. The United States expects Mr. Summerfield to testify regarding the history of all three firearms at issue in this case and that these firearms were involved in interstate commerce.  A copy of Mr. Summerfields's Curriculum Vitae is attached (GOV-000300 to GOV-000307).

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

/s/ *Thomas C. Ryan*
Thomas C. Ryan
Assistant United States Attorney
WV Bar No. 9883
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Email:  thomas.ryan@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I certify that the "EIGHTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing and hand-delivery today, July 7, 2010:

Christian M. Capece
Assistant Federal Public Defender
Christian_Capece@fd.org
300 Virginia Street, East, Room 3400
Charleston, WV  25301


/s/ *Thomas C. Ryan*
Thomas C. Ryan
Assistant United States Attorney
WV Bar No. 9883
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email:  thomas.ryan@usdoj.gov