

DEFENDANT'S EXHIBIT
CASE NO. 1:09-cr-270
USA v. Shrader
EXHIBIT NO. A

Copies

3-9-88.

Since the other papers have been wrote. I have been in hospital two times and no one but the Lord knows what is wrong with me the Dr. have not helped me any. I have prayed so much and asked the Lord to heal me if it was his will. No one knows just how I feel at times when I have such odd feeling in my head. So many time I have thought I was dying. Even at times when I was with some of you all and I never said anything to you. I opened the letter tonight which I have for ever one to read to see if I wanted to change any thing. One thing I find the watch Daddy give me has got lost when I passed out in Charleston. The one I have now Elizabeth got it for me after that. I am by myself tonight and I laid down but I felt so funny I got up and opened the

2

" letter I had sealed to you all to see if I had forgot any thing I wanted to tell you. Every thing is like I want it. I may go on for some time like this. But I am afraid to get out among people any more. I know I am in the Lords hands and I want his will to be done. You all have no regrets you have been good to me.

Love Mathew.

One thing in the box. is a paper concerning the guns of Thomas they were made over to me.

*This was wrote.*
*3-9-88*