## District Judge Daybook Entry

| | |
|---|---|
| United States District Court - Southern District of West Virginia at Bluefield | |
| Date: 7/14/2010 | Case Number 1:09-cr-270 |
| Case Style: USA vs. Thomas Creighton Shrader | |
| Type of hearing Criminal Jury Trial - Day Two | |
| Before the honorable: 2516-Berger | |
| Court Reporter Lisa Cook | Courtroom Deputy Kierstin Tudor |
| Attorney(s) for the Plaintiff or Government Thomas Ryan & John File | |
| Attorney(s) for the Defendant(s) Christian Capece & George Lancaster | |
| Law Clerk Chris Miller | Probation Officer Teresa King |

### Trial Time

Jury Trial. Day No. 2

### Non-Trial Time

### Court Time

10:33 am   to 10:36 am
11:36 am   to 11:50 am
12:10 pm   to 12:22 pm
9:02 am    to 9:08 am
Total Court Time: 0 Hours 35 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

JURY TRIAL - DAY TWO

Scheduled Start 9:00 a.m.
Actual Start 9:02 a.m.

Court resumed at 9:02 a.m.
Defendant present in person and by counsel.
Jury brought in and instructed to continue deliberations.
Court recessed at 9:08 am.

Court resumed at 10:33 a.m.
Defendant present in person and by counsel.
Jury brought in.
Court addresses note from jury [marked as Court Exhibit 2].
Concluded at 10:36 a.m.

Court resumed at 11:36 a.m.

## District Judge Daybook Entry

Defendant present in person and by counsel.
Court has been advised that jury has reached a verdict.
Jury brought in.
Court inspects verdict and reads same aloud in open court.
Defendant found GUILTY.
Court polls jury.
Court give jury instructions on forfeiture issue.
Jury excused to deliberate.
Matter concluded at 11:50 a.m.

Court resumed at 12:10 p.m.
Defendant present in person and by counsel.
Jury brought in.
Court inspects forfeiture verdict and reads same aloud in open court.
Jury polled.
Jury excused.
Motions for new trial due w/in 14 days.
Sentencing set for November 18, 2010, at 10:00 a.m., in Beckley, WV.
Upon request of Defendant, Court will allow sentencing memo to be 15 pages.
Defendant remanded.
Court adjourned at 12:22 p.m.