UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

FILED
JUL 1 4 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

V.                                       CRIMINAL NO. 1:09-cr-00270

THOMAS CREIGHTON SHRADER

### Special Verdict Form

### Forfeiture For Firearm Violation

Do you find that the following firearms were involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1) as charged in the Indictment?

1. Mossberg & Sons single bolt .410-gauge shotgun 183D

    YES __✓__   NO _____

2. Winchester .22 long model 290 rifle with Weaver scope, Serial No. B1271330

    YES __✓__   NO _____

3. Winchester 12-gauge shotgun, Model 1400, Serial No. N538269

    YES __✓__   NO _____

__7-14-2010__
DATE