IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

FILED
JUL 14 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

Plaintiff,

v.  CRIMINAL ACTION NO. 1:09-cr-00270

THOMAS CREIGHTON SHRADER,

Defendant.

# EXHIBIT LIST

| Court No. | Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|---|
|  | 1 |  | 07/13/10 | 07/13/10 | Stipulation | Clerk's Office |
|  | 2 |  | 07/13/10 | 07/13/10 | photo | Clerk's Office |
|  | 3 |  | 07/13/10 | 07/13/10 | photo | Clerk's Office |
|  | 4 |  | 07/13/10 | 07/13/10 | photo | Clerk's Office |
|  | 5 |  | 07/13/10 | 07/13/10 | photo | Clerk's Office |
|  | 6 |  | 07/13/10 | 07/13/10 | photo | Clerk's Office |
|  | 7 |  | 07/13/10 | 07/13/10 | firearm | U.S. Atty |
|  | 8 |  | 07/13/10 | 07/13/10 | firearm | U.S. Atty |
|  | 9 |  | 07/13/10 | 07/13/10 | firearm | U.S. Atty |
| 1 |  |  | 07/13/10 | not admitted | note from jury | Clerk's Office |
| 2 |  |  | 07/14/10 | not admitted | note from jury | Clerk's Office |
|  |  |  |  |  |  |  |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Pl. Atty; Def. Atty; agency

Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    Criminal Action No. 1:09-00270

THOMAS CREIGHTON SHRADER

### STIPULATION

The United States of America and the Defendant, Thomas Creighton Shrader, hereby stipulate and agree as follows:

(1)   The defendant, Thomas Creighton Shrader, has been previously convicted of a crime punishable by a term of imprisonment exceeding one year, as defined by 18 U.S.C. §921(a)(20), and

(2)   The defendant's civil right to possess a firearm or ammunition has not been restored.

Stipulated and agreed to this 9th day of July, 2010.

CHARLES T. MILLER
United States Attorney

By: _____
Thomas C. Ryan
Assistant United States Attorney
Counsel for the United States

MARY LOU NEWBERGER
Federal Public Defender

By: _____          _____
Christian M. Capece                   Thomas Creighton Shrader
Assistant Federal Public Defender
Counsel for the Defendant

GOVERNMENT EXHIBIT
07/13/2010
CASE NO. 1:09-CR-270
USA v Shrader
EXHIBIT NO. 1



G-HouseFront



G-HousePorch



G-ViewfromFrontDoor





G-Kitchen



G-GunCabinet

6

We the jury did not come to a decision. We want to go home.

*Heather Weekes*

COURT'S EXHIBIT NO. 7
IDENTIFICATION/EVIDENCE
DKT. # 1:09-cr-270
DATE: 7-13-2010

We the jury would like to have the court manuschript to go over.

P.S.    Heather Weckes

We would also like to take a break at this time.

COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 1:09-CR-270
DATE: 7-14-2010