

EXHIBIT A
COPY

# FEDERAL PUBLIC DEFENDER
## SOUTHERN DISTRICT OF WEST VIRGINIA

ROOM 3400 UNITED STATES COURTHOUSE
300 VIRGINIA STREET EAST
CHARLESTON, WEST VIRGINIA 25301-2523
(304) 347-3350
FAX (304) 347-3356

FEDERAL PUBLIC DEFENDER
MARY LOU NEWBERGER

Appellate Counsel
JONATHAN D. BYRNE

ASSISTANT FEDERAL PUBLIC DEFENDERS
EDWARD H. WEIS
GEORGE H. LANCASTER, JR.
DAVID R. BUNGARD
LEX A. COLEMAN
CHRISTIAN M. CAPECE

July 10, 2010

Thomas C. Ryan
Assistant United States Attorney
4000 United States Courthouse
300 Virginia Street East
Charleston, West Virginia 25301

    Re:   <u>United States v. Thomas Creighton Shrader</u>
           Criminal No. 1:09-00270

Dear Mr. Ryan:

    I am writing to you to request the telephone number(s) used by D███ and R███ S███ in 2002 to 2003. This information is requested in light of the Court's ruling on July 9, 2010 denying our motion in limine to exclude Ms. S███ s proffered testimony that she believes Mr. Shrader called her sometime during 2002 or 2003. I would greatly appreciate a written response no later than noon on Monday, July 19, in order to permit time to file a motion before the July 20, 2010 pretrial motions deadline.

                                        Respectfully sent,

                                        Christian M. Capece
                                        Assistant Federal Public Defender

CMC/lb