UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v.   Criminal Action No. 1:09-00270

THOMAS CREIGHTON SHRADER

**DEFENDANT'S SEVENTH RECIPROCAL DISCOVERY RESPONSE**

Comes now the defendant, Thomas Creighton Shrader, by counsel, Assistant Federal Public Defender Christian M. Capece, pursuant to Rule 16(b)(1)(A) of the Federal Rules of Criminal Procedure, and hereby provides the Government with the following:

1. Three (3) photographs of the defendant, Thomas Creighton Shrader, taken in 1975;

2. Copy of a receipt from Alfred Land Diamonds, Inc. dated September 14, 1973; and

3. Copies of a "Marriage License," dated August 5, 1973, and accompanying envelope.

Respectfully submitted this 4th day of August, 2010.

THOMAS CREIGHTON SHRADER

By Counsel

**MARY LOU NEWBERGER**
**FEDERAL PUBLIC DEFENDER**
s/Christian M. Capece
Christian M. Capece, WV Bar No. 10717
Assistant Federal Public Defender
3400 U. S. Courthouse
300 Virginia Street East
Charleston, WV 25301
Telephone: 304-347-3350
Fax: 304-347-3356
E-mail: christian_capece@fd.org

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

      v.                                  Criminal Action No. 1:09-00270

THOMAS CREIGHTON SHRADER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **"DEFENDANT'S SEVENTH RECIPROCAL DISCOVERY RESPONSE"** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF &**      Thomas C. Ryan
**HAND DELIVERY**:   Assistant United States Attorney
                                Room 4000, United States Courthouse
                                300 Virginia Street East
                                Charleston, West Virginia 25301
                                E-mail: thomas.ryan@usdoj.gov

**DATE:**    August 4, 2010

                                              **s/Christian M. Capece**
                                              Christian M. Capece, WV Bar. No. 10717
                                              Assistant Federal Public Defender
                                              Room 3400, United States Courthouse
                                              300 Virginia Street East
                                              Charleston, West Virginia  25301
                                              E-mail: christian_capece@fd.org