IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**UNITED STATES OF AMERICA**

**v.**                                                  **CRIMINAL NO.  1:09-CR-00270**

**THOMAS CREIGHTON SHRADER**

### TENTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on December 15, 2009, the United States of America, by counsel, herewith supplements its response to Defendant's Standard Discovery Requests by providing the following:

**Request E:  Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:**  The United States submits with this supplemental discovery response the following:

    (1)  Report of Examination dated July 26, 2010 and prepared by

        Federal   Bureau   of   Investigation,   Digital   Evidence

      Laboratory, referencing communication dated July 8, 2010 (GOV-000334-336);

(2) FBI 302 of Elizabeth Shrader Jones dated July 21, 2010 (GOV-000337-338); and

(3) One compact disc (CD) containing telephone calls made on August 6, 2008.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

                          Respectfully submitted,

                          R. BOOTH GOODWIN II
                          United States Attorney

                          /s/ *Thomas C. Ryan*
                          Thomas C. Ryan
                          Assistant United States Attorney
                          WV Bar No. 9883
                          300 Virginia Street, East
                          Room 4000
                          Charleston, WV 25301
                          Telephone: 304-345-2200
                          Fax: 304-347-5104
                          Email: thomas.ryan@usdoj.gov

CERTIFICATE OF SERVICE

I certify that the "TENTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing today, August 4, 2010, to:

>Christian M. Capece
>Assistant Federal Public Defender
>Christian_Capece@fd.org
>300 Virginia Street, East, Room 3400
>Charleston, WV  25301


>/s/ *Thomas C. Ryan*
>Thomas C. Ryan
>Assistant United States Attorney
>WV Bar No. 9883
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>Email:  thomas.ryan@usdoj.gov