UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**UNITED STATES OF AMERICA**

v.  Criminal Action No. 1:09-00270

**THOMAS CREIGHTON SHRADER**

**DEFENDANT'S EIGHTH RECIPROCAL DISCOVERY RESPONSE**

Comes now the defendant, Thomas Creighton Shrader, by counsel, Assistant Federal Public Defender Christian M. Capece, pursuant to Rule 16(b)(1)(A) of the Federal Rules of Criminal Procedure, and hereby provides the Government with a copy of the certified records from the Circuit Court of Mercer County, West Virginia in the case of *Thomas Creighton Shrader v. Dolores Miller*, Civil Action No. 78-C-888.

Respectfully submitted this 13th day of August, 2010.

THOMAS CREIGHTON SHRADER

By Counsel

**MARY LOU NEWBERGER**
**FEDERAL PUBLIC DEFENDER**
s/Christian M. Capece
Christian M. Capece, WV Bar No. 10717
Assistant Federal Public Defender
3400 U. S. Courthouse
300 Virginia Street East
Charleston, WV 25301
Telephone: 304-347-3350
Fax: 304-347-3356
E-mail: christian_capece@fd.org

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v.  Criminal Action No. 1:09-00270

THOMAS CREIGHTON SHRADER

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **"DEFENDANT'S EIGHTH RECIPROCAL DISCOVERY RESPONSE"** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF &**
**HAND DELIVERY**:   Thomas C. Ryan
Assistant United States Attorney
Room 4000, United States Courthouse
300 Virginia Street East
Charleston, West Virginia 25301
E-mail: thomas.ryan@usdoj.gov

**DATE:**   August 13, 2010

s/Christian M. Capece
Christian M. Capece, WV Bar. No. 10717
Assistant Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street East
Charleston, West Virginia  25301
E-mail: christian_capece@fd.org