# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BLUEFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:09-cr-00270 |
| THOMAS CREIGHTON SHRADER, | |
| *Defendant* | |

## AMENDED ENTRY OF APPEARANCE

Please enter the appearance of Rob Bastress, Esq. and Russell P. Butler of the Maryland Crime Victims' Resource Center, Inc. on behalf of the victim, "RS", in the above captioned matter.

Respectfully submitted this 13th day of August, 2010.

/s/ Rob Bastress
Rob Bastress, Esq.
604 Virginia Street, East
Charleston, WV 25301

_____
Russell P. Butler, Esq.
Maryland Crime Victims' Resource Center, Inc.
1001 Prince George's Blvd., Suite 750
Upper Marlboro, MD 20774-7427
(301) 952-0063

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 13th day of August 2010, a copy of the foregoing Amended Entry of Appearance was filed electronically to be served upon:

    Christian M. Capece, Esq.
    George H. Lancaster, Jr., Esq.
    Federal Public Defenders Office, Rm# 3400
    300 Virginia Street, East
    Charleston, WV 25301
    *Counsel for Defendant*

    Thomas C. Ryan, Esq.
    U.S. Attorney's Office
    P.O. Box 1713
    Charleston, WV 25326
    *Counsel for the United States of America*

    /s/ Rob Bastress
    Rob Bastress, Esq.
    604 Virginia Street, East
    Charleston, WV 25301

    *Counsel for Crime Victim DS and RS*