## District Judge Daybook Entry

| | |
|---|---|
| United States District Court - Southern District of West Virginia at Beckley | |
| Date: 8/17/2010 | Case Number 1:09-cr-270 |
| Case Style: USA vs. Thomas Creighton Shrader | |
| Type of hearing Criminal Jury Trial - Day One | |
| Before the honorable: 2516-Berger | |
| Court Reporter Lisa Cook | Courtroom Deputy Kierstin Tudor |
| Attorney(s) for the Plaintiff or Government Thomas Ryan & John File | |
| Attorney(s) for the Defendant(s) Christian Capece & George Lancaster | |
| Law Clerk Chris Miller | Probation Officer Dave Stevens |

### Trial Time

Jury Trial. Day No. 1

### Non-Trial Time

### Court Time

1:31 pm  to 3:36 pm
3:57 pm  to 5:08 pm
Total Court Time: 3 Hours 16 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 1:31 p.m.
[Bluefield case; trial held in Beckley]

Court resumed at 1:31 p.m.
Defendant present in person and by counsel.
Jury brought in.
Jury given oath to try the issue.
Jury given preliminary instructions.
Mr. Ryan makes opening statement for United States.
Mr. Lancaster makes opening statement for Defendant.
Government calls DELORES STANLEY; oath given.
Direct by Mr. Ryan.
Government Exhibit 1 marked and admitted.
Jury excused at 2:31 p.m.
Court addresses Rule 404(b) issue outside of jury presence.
Jury returns at 2:53 p.m.
Direct of DELORES STANLEY continues.
Government Exhibit 2 marked and admitted.

## District Judge Daybook Entry

Government Exhibit 3 marked.
Court takes recess at 3:36 p.m.

Court resumed at 3:57 p.m.
Direct of DELORES STANLEY continues.
Government Exhibit 4 marked.
Government Exhibit 5 marked and admitted.
Government Exhibit 6 marked and admitted.
Government Exhibit 7 marked and admitted.
Court takes recess at 5:08 p.m.