# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 8/19/2010                                                                 Case Number 1:09-cr-270
Case Style: USA vs. Thomas Creighton Shrader
Type of hearing Criminal Jury Trial - Day Two
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                        Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Thomas Ryan & John File


Attorney(s) for the Defendant(s) Christian Capece & George Lancaster


Law Clerk Chris Miller                                                          Probation Officer Dave Stevens

## Trial Time

Jury Trial. Day No. 2


## Non-Trial Time



## Court Time

9:10 am    to 10:26 am
10:50 am   to 11:45 am
3:38 pm    to 5:01 pm
1:18 pm    to 3:16 pm
Total Court Time: 5 Hours 32 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start 9:00 a.m.
Actual Start 9:10 a.m.
[Bluefield case; trial held in Beckley]

Defendant present in person and by counsel.
Jury brought in.
Direct of DELORES STANLEY continues.
Government Exhibit 8 marked.
Cross by Mr. Capece.
Defense Exhibit 1 marked and admitted.
Witness excused.
Government calls MARY STANLEY; oath given.
Direct by Mr. File.
Government Exhibits 9A and 9B marked and admitted.
Witness excused.
Court takes recess at 10:26 a.m.

## District Judge Daybook Entry

Court resumed at 10:50 a.m.
Defendant present in person and by counsel.
Jury brought in.
Government calls HELEN SKYPAK; oath given.
Direct by Mr. File.
Government Exhibits 10A and 10B marked and admitted.
Government Exhibits 11A, 11B, 11C and 11D marked and admitted.
Government Exhibits 12A and 12B marked and admitted.
Cross by Mr. Lancaster.
Witness excused.
Court takes recess at 11:45 a.m.

Court resumed at 1:18 p.m.
Defendant present in person and by counsel.
Court addresses preliminary matters.
Jury brought in.
Government calls JOHN PRIDDY; oath given.
Direct by Mr. File.
Government Exhibit 13 marked and admitted.
Jury excused.
Court addresses matter with counsel re: witness testimony.
Government calls CAROL MILLER [outside of jury presence]; oath given.
Direct by Mr. File [outside of jury presence].
Court rules re: admissibility of testimony.
Jury brought in.
Government calls CAROL MILLER; oath given.
Direct by Mr. File.
Government Exhibit 3 admitted.
Cross by Mr. Capece.
Witness excused.
Government calls SANDY SPAULDING; oath given.
Direct by Mr. File.
Witness excused.
Government calls TERRY SCHWARTZ; oath given.
Direct by Mr. Ryan.
Government Exhibit 14 marked and admitted.
Government Exhiibt 15 marked and admitted.
Government Exhibit 16 marked and admitted.
Government Exhibit 17 marked and admitted.
Government Exhibit 18 marked and admitted.
Government Exhibit 19 marked and admitted.
Government Exhibit 20 marked and admitted.
Government Exhibit 21 marked and admitted.
Government Exhibit 8 admitted.
Court takes recess at 3:16 p.m.

Court resumed at 3:38 p.m.
Defendant present in person and by counsel.
Jury brought in.
WITNESS SCHWARTZ remains on stand.
Cross by Mr. Lancaster.
Defense Exhibit 2 marked.

## District Judge Daybook Entry

Defense Exhibit 3 marked.
Defense Exhibit 4 marked.
Redirect.
Defense Exhibit 2 and 3 admitted.
Government calls RALPH STANLEY; oath given.
Direct by Mr. Ryan.
Cross by Mr. Lancaster.
Defense Exhibit 5 marked and admitted.
Court recessed at 5:01 p.m.