UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

**FILED**
AUG 2 0 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 1:09-cr-00270

THOMAS CREIGHTON SHRADER

## VERDICT

### COUNT ONE

__X__ We the jury find the Defendant, Thomas Creighton Shrader, GUILTY beyond a reasonable doubt of the charge of Stalking by Use of Interstate Facility of Dolores Stanley, in violation of 18 U.S.C. § 2261A(2), as contained in Count One of the Indictment.

_____ We the jury find the Defendant, Thomas Creighton Shrader, NOT GUILTY of Count One.

### COUNT TWO

__X__ We the jury find the Defendant, Thomas Creighton Shrader, GUILTY beyond a reasonable doubt of the charge of Stalking by Use of Interstate Facility of Ralph Stanley, in violation of 18 U.S.C. § 2261A(2), as contained in Count Two of the Indictment.

_____ We the jury find the Defendant, Thomas Creighton Shrader, NOT GUILTY of Count Two.

__8-20-10__
DATE