IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION



TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                CRIMINAL ACTION NO. 1:09-cr-00270

THOMAS CREIGHTON SHRADER,

        Defendant.

## WITNESS LIST

| Date | Gov't No. | Witness | Date | Def't No. | Witness |
|---|---|---|---|---|---|
| 08/17/10 | 1 | Delores Stanley | 08/20/10 | 1 | Elizabeth Jones |
| 08/19/10 | 2 | Mary Stanley | | | |
| 08/19/10 | 3 | Helen Skypak | | | |
| 08/19/10 | 4 | John Priddy | | | |
| 08/19/10 | 5 | Carol Miller | | | |
| 08/19/10 | 6 | Sandy Spaulding | | | |
| 08/19/10 | 7 | Terry Schwartz | | | |
| 08/19/10 | 8 | Ralph Stanley | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of 1