SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                  Criminal Action No. 1:09-00270

THOMAS CREIGHTON SHRADER,

        Defendant.

TELEPHONE CALL TRANSCRIPTS IN THE CASE OF

THOMAS CREIGHTON SHRADER

JULY 16, 2010



**DEFENDANT'S EXHIBIT**

CASE NO. 1:09-CR-270

EXHIBIT NO. 5

Gᴀʀʀᴇᴛᴛ Rᴇᴘᴏʀᴛɪɴɢ Sᴇʀᴠɪᴄᴇ

"PROFESSIONAL STENOMASK FOR THE RECORD"

POST OFFICE BOX 20200. CHARLESTON WEST VIRGINIA 25362 • (304) 346-0460 FAX (304) 757-7425

Telephone Transcripts-Thomas Shrader Aug. 6, 2008      2

I N D E X

CALLS MADE BY THOMAS CREIGHTON SHRADER

<u>CALL</u>                                                    <u>BEGINS</u>

Call #1 - Melissa Stanley                             3

Call #2 - Ralph Stanley                               4

Call #3 - Ralph Stanley                               6

Reporter's Certificate                               28

Garrett Reporting Service                    (304) 346-0460
Post Office Box 20200
Charleston, West Virginia 25362

**P R O C E E D I N G S**

1

2          MR. SHRADER:          It is August the 6th,

3    2008.  Right now it's fifteen minutes after 9:00

4    (9:15 p.m.) on a Wednesday night and I'm getting

5    ready to call Delores Miller Stanley to see if

6    she's at home and try to talk to her.

7          All right.  I'm doing this.  (Telephone

8    call attempted.)  (Sound as if fax machine has been

9    reached.)

10          Well, I just called the number there I

11   had for Delores and it turned out to be a fax

12   machine, I believe.

13          But because they did not answer, yes, I'm

14   going to try to get -- I'm going to call Delores'

15   daughter, Melissa Stan -- Melissa Stanley and ask

16   her if she has Delores' correct telephone number.

17                    (Telephone rings.)

18          VOICE ON TELEPHONE (alleged to be Melissa

19   Stanley):  Hello.  (Interference)  She's not here

20   right now.  (Interference)  This is her Mom.

21   (Interference)  Beg your pardon?  Who is this?

22   (Interference)  Who is this?  (Interference)  Who

23   is this?  (Interference) Who is this?

24   (Interference)  Hello?  Who is this?

1    (Interference)  Who's Melissa?  (Interference)

2    Hello?  (Interference)  Now, who is this?

3    (Interference)  Hello?  (Interference)  I don't

4    know what you're talking about.  (Interference)

5    No, I don't have (inaudible).  (Interference)  Amy,

6    Amy, Amy, (inaudible).  (Interference)  Who is

7    this?  (Interference)  Hello?  Okay.

8              (Telephone call appears to terminate.)

9                   (Brief pause.)

10                  (Interference)

11            (Beginning of next telephone call.)

12         RALPH STANLEY:      Hello?

13    (Interference)  Uh-huh.  (Interference)

14    Ralph Stanley.  (Interference)  Who is this?

15    (Interference)  I think I'm going to call the

16    prosecuting attorney.  (Inaudible)  (Interference)

17    Buddy, you do what you've got to do; I'm going to

18    do what I got to do.  I'll see you back in West

19    Virginia State Penitentiary.  (Interference)  One,

20    I'm going to call the prosecuting attorney, okay.

21    I know him personally and I think we can do

22    something here.  If you ever call this number

23    again, you'll wish to God you hadn't.  You continue

24    doing what you're doing.  I don't know how you got

1   this number.  (Interference)  You better -- this is

2   an unlisted number.  I don't know how you got it,

3   but I want to tell you one thing.  You better not

4   ever call it again.  Do you understand me?

5   (Interference)

6           MR. SHRADER:        (Inaudible).

7           RALPH STANLEY:      You are about the

8   worst person that I can imagine, okay?  Okay.

9   (Interference)  (Inaudible) with my wife.  You've

10   got nothing to iron out with my wife.

11   (Interference)  Buddy, we have been married for 30

12   years and as much as I want to say (inaudible)

13   today, but don't ever call back.

14           MR. SHRADER:        Well, sir --

15           (Phone call appears to terminate.)

16           MR. SHRADER:  Oh, okay.  Hang up.

17           Ralph Stanley spoke up to me and he hung

18   up on me.  But you know, I'm thinking about calling

19   him back and see if he'd like to clarify some

20   matters on -- on his wife's (inaudible) of what

21   happened.  From the way he acted, he must be in the

22   dark completely.  Or either he's covering for her

23   like I have all these years because he loves her,

24   which is the truth.  So, I'm getting ready to push

1    the dial button here.  Take it down here to her.

2    I'll have to put it on that.  This is Delores.

3    Okay.  I've got it.  I know they'll probably change

4    his number right after this and everything.

5                    (Phone rings.)

6              RALPH STANLEY:      Hello?

7              MR. SHARDER:      Ralph?

8              RALPH STANLEY:      Yes, thanks for

9    calling back.  I appreciate it.

10             MR. SHRADER:      Well, I was just

11   trying to be nice about it, sir.  Don't you think

12   that before people die that they should have a

13   right to iron things out?  Unanswered questions,

14   stuff like that?

15             RALPH STANLEY:      You know, I think

16   your questions have been answered long, long ago.

17   I truly do.  You know, you served your time.

18             MR. SHRADER:      Yeah, and I served

19   time for her, too, now.  I mean, I don't know what

20   you've been told.

21             RALPH STANLEY:      Your life -- your

22   life is free to do as you will, okay?

23             MR. SHRADER:      I don't know what

24   you've been told and what you have not been told,

1     you know.

2              RALPH STANLEY:      You know, I don't --

3     look, I don't want to know anything more than what

4     I've known for thirty years, okay.

5              MR. SHRADER:      That's based on a

6     lie.

7              (Woman speaking in background)

8              WOMAN'S VOICE:      (Inaudible) -- right

9     now.

10             RALPH STANLEY:      Look --

11             MR. SHRADER:      That's all, you know,

12    just (inaudible) because (inaudible) before you die

13    and go to (inaudible) heaven (inaudible) you got to

14    make things right (inaudible), but the truth has to

15    be known and I'm not saying it's more important

16    than what Deloris is.  Does that make sense to you,

17    Ralph?

18             RALPH STANLEY:      Look, you need to go

19    on.

20             MR. SHRADER:      Why because the truth

21    may come out now and I need to go away?  Is that

22    what you're saying?

23             (Phone call appears to terminate.)

24             MR. SCHRADER:      It's me again.  It's

1      Thomas.  I'm going to try to call Deloris one more

2      time.  This is me pushing it.  I realize that, but

3      until I heard the tape last, I did not know that

4      having in proximity to the cell phone would cause

5      it to make the noise that it did.  So, I'm going to

6      try to hold back out of range this time and get

7      Ralph to expand on him not knowing, or either

8      knowing and covering it up.

9                  So, I'm going to try dialing here one

10     more time and I'll ask to speak to Ralph and I'll

11     see what happens then.

12                      (Phone rings.)

13          RALPH STANLEY:      Hello?

14          MR. SHARDER:        Ralph?  (Inaudible)

15          RALPH STANLEY:      Yes, it is.

16          MR. SHRADER:        (Inaudible.)

17          RALPH STANLEY:      (Inaudible.)  West

18     Virginia --

19          MR. SCHRADER:       (Inaudible.)

20          RALPH STANLEY:      Well, almost like I

21     said before, okay.  (Inaudible)

22          MR. SHRADER:        (Inaudible.)

23          RALPH STANLEY:      We have beautiful

24     children.  We've got a life that we've made

1    together for ourselves.  We're very happy.  We're

2    very set, okay.  We just want to close the

3    (inaudible).  You've made things right for

4    yourself.  You know, and --

5              MR. SHRADER:       Yeah, but it's all --

6              RALPH STANLEY:       Whatever little bit

7    of good I can tell you, you know, just -- just go

8    on with your life.  Just go on with your life and

9    let us go on with ours.

10             MR. SHRADER:       Well, maybe what I'm

11   trying to get through to you and stuff is like at

12   that time Deloris is my God and I would have done

13   anything for my God.  Whatever she commanded

14   because you worship your God.  Does that make sense

15   to you?

16             RALPH STANLEY:       Well, look, we're

17   talking something that happened nearly 40 years

18   ago, really, nearly 40 years ago.  You know what I

19   mean?

20             MR. SHRADER:       Yeah, but, sir, you

21   must -- you see how --

22             RALPH STANLEY:       (Inaudible.)   --

23   years ago.

24             MR. SCHRADER:       -- you see how --

1         RALPH STANLEY:      You need to have

2   closure on this somehow, some way.  You truly do.

3         MR. SHRADER:      Well, maybe that's

4   what I'm trying to do here now and people don't let

5   me.

6         RALPH STANLEY:      Okay.  Why don't you

7   -- have you talked to a priest?  Have you talked

8   to --

9         MR. SHRADER:      A priest can't help

10  me anyhow, but I appreciate the thought.  I mean, I

11  got talked -- I got talked into something and I was

12  forced to do something that was against my will but

13  for someone that you loved.

14        RALPH STANLEY:      Okay.  I can't give

15  you that absolution.  I can't.  You know, there's

16  nothing that I can say or nothing that I can do

17  that will change things in any way, shape, or form.

18  There truly is not.  I understand what happened.

19  Well, I think I do, but, you know, I've just closed

20  my book to it.

21        MR. SHRADER:      True.

22        RALPH STANLEY:      We've gone on with

23  our lives.

24        MR. SHRADER:      Well, right now she's

1    probably told you, after (inaudible) phone call,

2    "Don't believe anything he says," and stuff like

3    that, which, I mean, I understand because she's

4    afraid of the truth being known.  That's why she

5    would be saying, "Well, don't you believe what he

6    says," or anything like that and --

7              RALPH STANLEY:     Thomas --

8              MR. SHRADER:     Yes, sir?

9              RALPH STANLEY:     Shared -- I shared 30

10   years with Deloris.  I have.  We've had a pretty

11   good relationship; we've had a wonderful marriage.

12   And I've made mistakes; she's made mistakes; you've

13   made mistakes along the way.

14             MR. SHRADER:     Well, Ralph, I'll

15   agree with that.

16             RALPH STANLEY:     Don't live in the

17   past.  I don't want to her to live in the past nor

18   do I want you to live in the past.  You know, and

19   -- she and I have conversations all the time.  You

20   know, she'll bring up something that happened last

21   year or year before last and I told her, I said,

22   "Look, Deloris, guys don't look at things that

23   way."  You know, I put things behind me and I focus

24   to the future.  I'm always looking to the future

1    everywhere we go.  Lessons learned from the past.

2    You don't make those same mistakes again, but

3    you're always focused more forward and you're

4    growing.  You know, and that's -- that's what I've

5    said and anything -- I mean, I've got some shameful

6    things in my past, too, okay?  Everybody does.  You

7    don't live them (inaudible) today.  You learn

8    lessons from them and you go on about -- you know,

9    lessons learned.  Don't ever do anything like that

10   again and go forward and try to be positive.  Try

11   to have peace within yourself.

12           MR. SHRADER:      Well, Ralph, I didn't

13   want to do it to start with and I was forced to.

14   And everyday I have lived with that and with my

15   love for her.  I mean, so what I've done 20 years.

16   I've done 30, you know, that doesn't make no

17   difference because I loved her and I know that's

18   probably hard for you to understand.

19           RALPH STANLEY:      It really is.  I

20   mean, it really is.  I mean, you need to have

21   closure.  You do and you need --

22           MR. SHRADER:      Well, there's

23   something -- that's what I was trying to do is get

24   some closure because some things before this even

1   went down that she put into action and stuff was

2   things that she jumped to conclusions on that I did

3   not know that she jumped to conclusions on that

4   were false.  And that's one of the things that I --

5            RALPH STANLEY:      Whatever they were

6   was done over 30 years ago.

7            MR. SHRADER:        Yeah, but they still

8   live with me -- they still live with me day in and

9   day out.

10           RALPH STANLEY:      Well --

11           MR. SHRADER:        And it's these very

12   things that's cost me my entire life (inaudible).

13           RALPH STANLEY:      Well, you need to

14   talk with someone.  You need to talk with someone

15   who can help you because we can't.  I can't.

16           MR. SHRADER:        I know you can't

17   because --

18           RALPH STANLEY:      And she can't either.

19           MR. SHRADER:        Oh, yes, she --

20           RALPH STANLEY: None of us can.

21           MR. SHRADER:        Oh, yes, she could if

22   she would only talk to me and tell me why.

23           RALPH STANLEY:      Yeah, but I can't let

24   -- I can't let that happen.  I won't let that

1    happen.

2              MR. SHRADER:        Because you won't let

3    the truth come out?

4              RALPH STANLEY:       You know, Thomas,

5    this is getting us nowhere.  You know, it's not

6    getting us anywhere, okay?

7              MR. SHRADER:        Yeah, I understand

8    that, Ralph, but you know, like I told you a while

9    ago, one day here I thought I had time (inaudible)

10   that things would work out, but I got family

11   members dying.  You've had your father die I know

12   and stuff.  And when we start to realize that

13   you're going to be by yourself, you want to make

14   things right so that you don't end up in hell and

15   if you live that life of a lie here on earth and

16   don't tell the truth -- and don't tell the truth

17   about it --

18             RALPH STANLEY:       (Inaudible.)  --

19   can't go to heaven or hell.  I can't, you know, and

20   you can't help if I go to heaven or hell.  We

21   can't.  I live the best life I can, you know.  I go

22   to church on Sundays; hopefully, you do the same.

23   You ask for forgiveness from the Lord, okay?

24             MR. SHRADER:        Yes.

1     RALPH STANLEY:     He's the only one who

2  can do that.

3     MR. SHRADER:     Yeah.

4     RALPH STANLEY:     I can't do that for

5  you.

6     MR. SHRADER:     Yeah, well, then we

7  have to forgive each other --

8     RALPH STANLEY:     I can't do that for

9  you.

10    MR. SHRADER:     Yeah, then we have to

11 forgive each other and she wouldn't even talk to me

12 much.  She acted like she didn't even know who I

13 was.  She kept saying, "Who?  Who?"  And, Ralph,

14 you and I know better.  She knew who I was.

15    RALPH STANLEY:     Well --

16    MR. SHRADER:     Because she turned

17 right around and said to you, "Oh, my God" --

18    RALPH STANLEY:     The right thing to do

19 is just -- just end it.  Just don't call back and

20 understand -- and understand why.

21    MR. SHRADER:     Well, look, ever

22 since -- ever since she -- I mean, you all moved to

23 Texas.  I've always known where you all was.  But

24 all this time I've had numbers and stuff like that,

1    but I have never bothered you all, correct?

2         RALPH STANLEY:     That's correct.   You

3    have not and I don't know why

4         MR. SHRADER:      So you could --

5    because --

6         RALPH STANLEY:      -- you decided to do

7    it tonight.

8         MR. SHRADER:      Well, because -- like

9    you said.  You said about closure and I said about

10   getting right with God before you die because I

11   don't want to go to hell and live in hell over

12   living a lie maybe here on earth for not telling

13   the truth or something.  And I'm sure you can

14   understand that if you said you go to church every

15   Sunday.

16        RALPH STANLEY:     (Inaudible.)

17        MR. SHRADER:      And if you don't mind

18   me asking -- if you don't mind me asking are you --

19   did you follow Catholic religion or did you take

20   your own religion?

21        RALPH STANLEY:     That's my private

22   matter, okay?

23        MR. SHRADER:      Yeah, well, I mean I

24   understand but, I mean, I was just curious --

1             RALPH STANLEY:     Yeah --

2             MR. SHRADER:       -- because Deloris is

3  so Catholic and stuff like that (inaudible) and

4  stuff.

5             RALPH STANLEY:     Uh-huh.  Well, you

6  know, why don't you talk to your priest or your

7  preacher, you know.  You've got family there that

8  you can talk to, you know.  Our family, you know,

9  we've got our own family now.  We've got our own --

10  our own lives and you need to have that, too.  I

11  mean, you've paid your due.  You've paid -- you

12  paid your penalty.  You served your time, you know.

13             MR. SHRADER:       Yeah, but, Ralph, you

14  see what's --

15             RALPH STANLEY:     It doesn't matter --

16             MR. SHRADER:       There's things --

17             RALPH STANLEY:     -- what anybody

18  thinks --

19             MR. SHRADER:       There's things that

20  she don't even know.  Like, I mean, I was ready to

21  stand trial and I was going to go to trial until

22  the attorneys come there in and told me that she

23  was ready for a mental breakdown and was going to

24  have a nervous breakdown and lose her mind, then

1    that's why I pled guilty.  I mean, if it hadn't

2    been for that and me thinking of her, but she don't

3    know that.  She don't know that that transpired

4    right there in that room.

5              I would never, ever have pled guilty

6    because there's no way in hell that I ever meant to

7    kill her mom or even hurt her mother.  That went in

8    -- that was not in the plan and that had not even

9    been entered into.  Her mom was not supposed to get

10   hurt one bit.

11             RALPH STANLEY:      I understand.  I

12   understand all that.  I do.  I do.  I've heard this

13   -- I've heard it from you before.

14        MR. SHRADER:      You can't have heard

15   it from me before because I never talked to you

16   before, Ralph.

17             RALPH STANLEY:      (Inaudible)

18        MR. SHRADER:      No, no, this is the

19   first time I've ever talked to you.  I called down

20   once to talk to your dad and he said, "Don't --

21   tell that old buzzard not to call here no more."

22   That's the only time.  I have never, ever talked to

23   you until tonight.  So, where did you hear that at

24   before then?

1      RALPH STANLEY:      I don't know.  It may

2   have been me talking to my dad.  My dad's been

3   passed away now for fifteen years so, I mean, it

4   very well could be, okay?  But, really, the third

5   person I've been (inaudible) --

6      MR. SHRADER:         Yeah, but, you have

7   to see the honestly in this that all this time that

8   (inaudible) all years ago or harassed you because

9   every time the Parole Board sent out a letter about

10   my denial, they had to mail it to Deloris under the

11   Freedom of Information Act the only thing I could

12   do was contact the post office and see whoever they

13   sent out certified letters to for that month on a

14   certain date and that's how I kept track.

15      RALPH STANLEY:      Through the post

16   office?

17      MR. SHRADER:         Through the Freedom

18   of Information Act.  I mean, I've known -- I've

19   known -- I've known where she was all the time.

20   Plus there was other friends through family and

21   with her sister working up at the Social Security

22   office.  There's people that went in up there and

23   talked to Teresa.

24      RALPH STANLEY:      Teresa?

1      MR. SHRADER:      Yes.

2      RALPH STANLEY:      Well, you know,

3  and --

4      MR. SHRADER:      (Inaudible) because

5  I'm always known where you was.  If I wanted to do

6  anything or harass you all, I could have and I

7  never have.  That's why I say when it comes down to

8  dying here and stuff like that, that a person wants

9  to make things right.

10      RALPH STANLEY:      Okay.  Well, Thomas,

11  I tell you what.  Let's try -- you try the best you

12  can to put it behind you.  And we will, as well,

13  and let's just go on from here, okay?  Just go on

14  with your life, okay?  I can't -- there's nothing

15  else I can say, okay?  I wish you the best of luck

16  in the future.  I do, but there's nothing --

17  nothing that I can do or say to you that will make

18  it any different so let's just let this behind us

19  and let's just go on with our lives, okay?  That's

20  all I can say.

21      MR. SHRADER:      Ralph, you know,

22  believe it or not, I feel sorry for you, you know.

23      RALPH STANLEY:      Okay.  All right.

24      MR. SHRADER:      No, I mean, no,

1   really.  You're laughing about that right now --

2   okay -- and I mean -- well, I mean, if I do what

3   you want me to do, I'll go and see the prosecuting

4   attorney and tell him the truth on this stuff.

5          RALPH STANLEY:      You know, whatever

6   you need to do, that's fine.  You know, whoever you

7   need to talk to, that's fine.  I mean, it really

8   is, okay?  But there's nothing that I can -- I

9   cannot give you closure.  You cannot give Deloris

10  closure.  There's no -- there's not a -- there's no

11  way.  Let's just go on with our lives and end it

12  here, okay?  I've got to go for the sake of my

13  family.

14         MR. SHRADER:      Well, I can

15  understand that and I'm glad she found a good man.

16         RALPH STANLEY:      Thank you.

17         MR. SHRADER:      Well, I mean, I am

18  now.  I'm glad.  Because I (inaudible) --

19         RALPH STANLEY:      (Inaudible.)

20         MR. SHRADER:      -- nothing less -- I

21  would never want nothing less for her.

22         RALPH STANLEY:      Pardon?

23         MR. SHRADER:      I said I would never

24  want nothing less for her.

1      RALPH STANLEY:      There you go.  Now,

2  are you working, I mean, you've got a job, you're

3  working and everything is okay?

4      MR. SHRADER:      Well, it's

5  immaterial.

6      RALPH STANLEY:      Okay.  Well, I hope

7  you are.  I hope you settle back in.  I hope you've

8  got a good (inaudible) life.  I truly do.  I truly

9  do and have a good evening, now, okay?

10      MR. SHRADER:      But you just know

11  these phone calls were not harassment.  They was

12  trying for settlement, for closure.

13      RALPH STANLEY:      Okay.  Well, let's

14  just not (inaudible), okay?

15      MR. SHRADER:      You have a good one.

16  Bye.

17      (Phone call terminated.)

18      MR. SHRADER:      It's been about 20

19  minutes since I hung up with Ralph Edward Stanley,

20  Jr. and I hope this last one recorded better than

21  the first ones I attempted to do, but I put it on

22  speakerphone, tried to use the cell phone to pick

23  it up good because I wanted the truth to be said at

24  least, hopefully, so they know that -- what --

1   people would know the truth -- the real truth.

2              Well, I love to (inaudible) kept my mouth

3   shut all these years like an idiot over her.  I

4   think from my last conversation with Ralph one word

5   he responded to showed he answered it one way and I

6   think she must have said something to him between

7   calls because he answered it not the way that he

8   should have answered it.  If she hadn't have said

9   something to him about the truth, then he would

10  have answered it one way.  But since I think

11  something's been said because he's responded

12  differently than what I would have if I'd been

13  totally ignorant of the truth.  That's -- I'll just

14  make a footnote here.

15             Yeah, it's me again.  I remember what it

16  is now that he said.  Why on earth when we were

17  talking right out of the clear would he ask me if I

18  had a job and was working unless he was trying to

19  find about if I needed money or not which ensued to

20  me was that Deloris must have said something, which

21  would make him want to find out if I needed money

22  or not that they -- if I had let on like I did need

23  money, that he would have offered me the money to

24  keep my mouth shut and doing that, you know, I

1   mean, that's why I sort of said -- what my eyes

2   were opened up to that maybe she had something and

3   that was her way of trying to bribe me to find out

4   if I could be bribed for money to keep my mouth

5   shut.  I mean, that's something to think about

6   because I never asked -- brought that up about my

7   work or asked about his work or finances or

8   anything.  It come from his mouth.  Just a note

9   there.

10          Yeah, it's me again.  The other important

11   part, I know she said something is because when I

12   said to him her mother was not part of the deal or

13   something like her mother was not supposed to get

14   hurt, he said, "I know."  So the only way that he

15   could know is if Deloris had told him the truth and

16   know that is was only supposed to have been Ralph

17   Edward Stanley, Jr.  That was it.  That was it.

18          Yeah, another P.S. that just hit me.  If,

19   between phone calls, she had not told him the

20   truth, why, on the last phone call, was he saying,

21   well, but I had done my time and paid for it and

22   got out and had a life to live and -- but they was

23   a family now and (inaudible) -- and go on with

24   their lives and I just go on with mine because they

1   are.  Does that mean that he knows and don't want

2   his life disrupted with the truth?  That's what he

3   meant.  Then she's had to say something to him

4   between phone calls because I honestly don't

5   believe on the first ones that he knew anything.

6   When I say "he," I mean Ralph.  I mean, Stanley --

7   yeah, Ralph Edward Stanley.

8           P.S.S.S.  This is another footnote I just

9   thought of.  The first time that I called Ralph,

10  after he found out who I was and stuff, threatened

11  me.  Said I better not call there again, that he is

12  good friends with the prosecuting attorney there in

13  Texas and he could have something done.  He could

14  be on the phone to the one up here and stuff.  And

15  I told him to go right ahead, but I'll look forward

16  to it because I had to talk them -- maybe I had to

17  talk to someone myself and had some things to tell

18  them.

19          And then the other phone calls, if you've

20  noticed in, he did not threaten me one time.  So,

21  Deloris must have said something to him.  After I

22  had made the statement to him that I'd be willing

23  to talk to the prosecutors, too, he must have asked

24  her, "Why would he be willing to talk to the

1   prosecutors?" So she must have said something to

2   him. And if it is, you know, that's him having

3   knowledge of a crime right now, also, and not

4   saying nothing about it. And then that's why he

5   was referring to our lives, going on the way that

6   they are, that I've done done my time and stuff and

7   he's got family and for everything just to go on.

8   She must have said something; otherwise, he would

9   have threatened me more. Instead, he tried to

10  reason with me and wanted to know how I was doing

11  and stuff. I mean, a complete turnaround from

12  threatening and calling the police and stuff and --

13  to one of friendship like. You ask me, is that not

14  a turnaround? And I hope that the FBI can be able

15  to decipher this and get every word that was said.

16          Another post script. Not trying to be

17  paranoid here, but Ralph Edward Stanley inquired

18  about how my family was. Was that an insinuation

19  that -- that they might not be okay since he now

20  knew the truth and -- but the truth threatened him

21  that he could then threaten my family. I mean, I

22  don't know. That's just a question that come into

23  my mind just now.

24          Another footnote. I been laying here

1    thinking about everything he said because it's the

2    first time I've ever talked to him, but he had

3    information that he -- because he said I had talked

4    to him before I ever had.  But he knew things,

5    Ralph Edward Stanley did.  And the other thing is

6    -- is this -- a lot must have went on behind my

7    back that Deloris and him might have planned.

8    Maybe all of this was his plan and he helped her or

9    she helped him and used me and (inaudible) Adams

10    both because in his talking he said 33 years ago.

11    Well, he's not only supposed to go with Deloris

12    since '77 or '78 -- really '78 because that's when

13    somebody got married, which is 30 years ago.  So,

14    if it was 33 years ago, he's saying that he knew

15    her in '75 when this happened.  So he could

16    probably know her before it happened and they had

17    something going on.  Maybe they planned this.  I

18    don't know all the answers.  I just know what I

19    know right now.  That's all I can say right now.

20

21

22             (WHEREUPON, proceedings were

23             concluded.)

Telephone Transcripts-Thomas Shrader Aug. 6, 2008       28

## CERTIFICATE OF NOTARY - COURT REPORTER

STATE OF WEST VIRGINIA)

                            )

COUNTY OF WOOD        )

        I, Nancy S. Jarrell, Court Reporter, Notary Public in and for the above county and state, do hereby certify that the Telephone Calls in the case of United States of America vs. Thomas Creighton Shrader was transcribed by me and that this is, to the best of my knowledge and belief, a true and correct transcript.

        I further certify that I am neither of counsel to either party or interested in the event of this case.

        This 19th day of July, 2010.

_Nancy S. Jarrell_

Nancy S. Jarrell, CCR
Notary Public