

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                     CRIMINAL ACTION NO. 1:09-cr-00270

THOMAS CREIGHTON SHRADER,

Defendant.

EXHIBIT LIST

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 | | 08/17/10 | 08/17/10 | photo | Clerk's Office |
| 2 | | 08/17/10 | 08/17/10 | Motion for Civil Action | Clerk's Office |
| 3 | | 08/17/10 | 08/19/10 | photo | Clerk's Office |
| 4 | | 08/17/10 | 08/20/10 | Stipulation | Clerk's Office |
| 5 | | 08/17/10 | 08/17/10 | CD | Clerk's Office |
| 6 | | 08/17/10 | 08/17/10 | yellow envelope | Clerk's Office |
| 7 | | 08/17/10 | 08/17/10 | letter | Clerk's Office |
| 8 | | 08/17/10 | 08/19/10 | small photo | Clerk's Office |
| | 1 | 08/19/10 | 08/19/10 | Order | Clerk's Office |
| 9A | | 08/19/10 | 08/19/10 | envelope | Clerk's Office |
| 9B | | 08/19/10 | 08/19/10 | letter | Clerk's Office |
| 10A | | 08/19/10 | 08/19/10 | envelope - **SEALED** | Clerk's Office |
| 10B | | 08/19/10 | 08/19/10 | letter with attached check | Clerk's Office |

| | | | | | |
|---|---|---|---|---|---|
| 11A | | 08/19/10 | 08/19/10 | envelope - **SEALED** | Clerk's Office |
| 11B | | 08/19/10 | 08/19/10 | letter | Clerk's Office |
| 11C | | 08/19/10 | 08/19/10 | letter | Clerk's Office |
| 11D | | 08/19/10 | 08/19/10 | miscellaneous photocopies | Clerk's Office |
| 12A | | 08/19/10 | 08/19/10 | envelope - **SEALED** | Clerk's Office |
| 12B | | 08/19/10 | 08/19/10 | letter | Clerk's Office |
| 13 | | 08/19/10 | 08/19/10 | Delivery Attempt Detail | Clerk's Office |
| 14 | | 08/19/10 | 08/19/10 | yellow envelope with letter | Clerk's Office |
| 15 | | 08/19/10 | 08/19/10 | yellow envelope with letter | Clerk's Office |
| 16 | | 08/19/10 | 08/19/10 | Stipulation | Clerk's Office |
| 17 | | 08/19/10 | 08/19/10 | telephone record | Clerk's Office |
| 18 | | 08/19/10 | 08/19/10 | Stipulation | Clerk's Office |
| 19 | | 08/19/10 | 08/19/10 | Call Detail | Clerk's Office |
| 20 | | 08/19/10 | 08/19/10 | AT&T invoice | Clerk's Office |
| 21 | | 08/19/10 | 08/19/10 | small photo | Clerk's Office |
| | 2 | 08/19/10 | 08/19/10 | telephone records | Clerk's Office |
| | 3 | 08/19/10 | 08/19/10 | telephone records | Clerk's Office |
| | 4 | 08/19/10 | not admitted | grand jury transcript | Defense Attorney |
| | 5 | 08/19/10 | 08/19/10 | telephone transcript | Clerk's Office |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Location options: Clerk's Office; U.S. Attorney; Defense Attorney; U.S. Marshal; agency