



DEF-097