



STANLEYS

9B-PG-78318

Rec'd @ 12:45pm
06-17-10
TES
From Carol Miller