UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v.                                              NO. 1:09-00270

THOMAS CREIGHTON SHRADER

### STIPULATION

The United States of America and Defendant Thomas C. Shrader stipulate to the admissibility of an audio CD containing an enhanced recording of certain phone calls placed by Defendant to the home of D.S. and R.S. on August 6, 2008.

_____          _____
Christian M. Capece                      THOMAS C. RYAN
Assistant Federal Public                 Assistant United States
Defender                                 Attorney

_____
Thomas C. Shrader
Defendant

