

425-2101

```
EARLS                              1 LBS   1 OF 1
(304) 589-3827                     SHP WT: 1 LBS
914 OLD BRAMWELL RD                DATE: 26 OCT 2009
BLUEFIELD  WV 24701


SHIP  DOLORES  STANLEY
TO:   4619 SUNSHINE DR

      SUGAR LAND  TX 77479-2059

      TX 774 9-11

UPS GROUND
TRACKING #: 1Z 291 X74 42 3157 1574

BILLING: P/P
SIGNATURE REQUIRED

ISH 10.00 E2844 93.5A 07/2009
```



\* "IN Person Signature
   Dolores Stanley"

U.P.S. Driver:

```
                                       US 7745
                                       QBBLJXC    HIP 9.1.3
                                       TXSTA182   ZEBRA24HP
                                       OCT 30 03:39:39 2009
                                       1Z291X7744231571574

                                       910-7768
                                       P: TRED   S: 910C    I: S18

SUGAR LAND TX 77479-2059
4619 SUNSHINE DR
DOLORES STANLEY
```



GOVERNMENT
EXHIBIT
6
1:09-CR-270