4-25-21 al

EARLS
(304) 589-3827
914  OLD BRAMWELL RD
BLUEFIELD WV 24701

1 LBS   1 OF 1
SHP WT: 1 LBS
DATE: 26 OCT 2009

SHIP DOLORES  STANLEY
TO:  4619 SUNSHINE DR

SUGAR LAND  TX 77479-2059

TX 774 9-11

UPS GROUND

TRACKING #: 1Z 291 X74 42 3157 1574

BILLING: P/P
SIGNATURE REQUIRED

ISH 10.00 E2844 93.5A 07/2009

International Shipping Notice - Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"), these commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited. For security reasons, call 1-800-782-7892.
United Parcel Service, Louisville, KY

UPS
Driver:

✱ *In Person Signature*
    "Dolores Stanley"

GOVERNMENT
EXHIBIT

6

1:09-cr-270

DOLORES STANLEY
4619 SUNSHINE DR
SUGAR LAND TX 77479-2059

I: S18

S: 910C

P: TRED

910-7768

1Z291X7442315 1574

OCT 30 00:39:39 2009
HIP 9.1.3
US 7745