DOLORES -

WITH THIS LETTER YOUR FUTURE AND WHAT HAPPEN'S WILL BE IN YOUR <u>OWN</u> HANDS!  I WOULD HONESTLY SUGGEST FOR YOUR OWN GOOD THAT YOU READ THIS LETTER <u>FULLY</u> and COMPLETELY!!

IT CONTAINS *FACTS* THAT <u>WILL</u> AFFECT YOUR MEMORY, THE PAST, THE FUTURE AND YOUR LIFE.

AS YOU READ YOU WILL BECOME AWARE OF SOME THINGS <u>YOU</u> <u>DO</u> <u>NOT</u> <u>KNOW</u> - AND NEED TO BE AWARE OF !!

BUT WHATEVER YOU DECIDE TO DO, TO READ OR DON'T READ THIS LETTER - I WANT TO MAKE YOU AWARE THAT A PRE-DECISION HAS ALREADY BEEN MADE BASED UPON - ? - READ THE LETTER TO FIND OUT.

YOU SHOULD LEARN WHAT THAT DECISION WILL BE BASED UPON!!!!!!!!!!  OR DON'T READ AND FACE THE CONSEQUENCE BLINDLY.



GOVERNMENT
EXHIBIT
7
1:09-CR-270

September 30, 2009

Dear Dolores,

Must have really been a shock on August 6th, 2008 to realize who you were talking to! ME !

Oh yea, me - you know, the guy that fell madly and very-very deeply in love with you when you were seventeen!!!!! With the "Archie's" playing the song, "Seventeen Ain't Young".

The girl he loved so very much that he made her his GOD in his heart and mind. Yes - she was his GOD and her name was Dolores Miller!

Within the woman that is reading this, if there is *ANY* core of the REAL Dolores from 1973 - 74 left that is buried way down deep within her mind, soul, or *heart* - I hereby command in the name of Jesus Christ that part of her to be re-awakened and come to life now at the reading of this letter, so mote it be! Bound and Binded!!! *Only* the Dolores from then will be able to relate to this manifesto.

I, Thomas C. Shrader hereby speak to that warm, loving, gentle and beautiful spot within Dolores. Wherever that spot is, it is THERE !!! For if it was NOT there, it could never have been there in the first place!!!! And we "both" know it WAS, for at that time we were ONE! Point Made! ! So for this letter, and thereafter, if so it be, for it to be ONLY the Dolores of 1973 -74 to come forth in understanding to the contents of this letter!!!! For I FEAR that the Dolores of today would LIE, and once again run from the truth.

WHY ? - It's an Honest question - She would lie today in ORDER to keep the LIE she has build around her, and the life she now exist's in. You have to lie to fortify your lies. But I know the Dolores of 1973 - 74 is STILL ALIVE within your soul and spirit somewhere and that PART of Dolores I do trust as I know that part of her would be true. Because SHE was honest and true and HAD NOT gotten corrupted prior to 1975.

To much has happened for the Dolores of today with all her life and emotional garbage to be honest, because she is afraid that if the Dolores of today was honest, "truly honest", she'd have to admit things she did not want to face. You need to be HONEST and tell the truth and face the truth with me! To this date I have never betrayed you. Right now this is between you and me. You LIE to me - God Knows it and YOU know it, I would not know the difference until after death. So right now I am telling you that if you lie to the real you - "your inner self" and to

me, God knows it is a lie and YOU will know it is a lie, and even if you confess in Catholic church for forgiveness, until you face the truth with me it will stay a lie and no priest can forgive anything.

No matter what your life is now or what you have become - with a husband, property, and children in this world. I know from the day I met you I had looked for that very future with you. You know it should have been ours - "your's and mine". Our entire life with each other.

I was **wrong** back then in my self belief that you knew and was fully aware of just how much I loved you, and was in love with you!!!!! So to this very day I still ask you, in God's name why did you force me to do what you made me do?

Your plan didn't work and it cost the life of your mother. Then I got forsaken by you for good. But at that time with each passing day I did not know that would become the fact.[1] As I kept the faith and belief in you. I could not figure out why you did not come to the jail to see me?

You know from the record that I would not have betrayed you, or at least not yet. As you have betrayed me and forsaken me.

Did you not realize that since I worshiped you so that I had made you my GOD? Not the one in church - but you - "a living GOD, - my living GOD".    In the bible it tell's that God told Moses for the people not to worship idols or like idol icons, (i.e. statue's etc.). To worship the living GOD - well the living God lives in everyone of us so in making you my GOD and worshiping you I WAS worshiping the living God.   That is WHY you and I "really together" would have had unstoppable power! If you had made me YOUR God, as I had made you mine.

All the months before trial I made up excuses in my mind for you not coming to visit. Like; She is really mad at me over her mom. Then the other part of my mind would kick in and say no, that can't be true, because I know Dolores knows it was her fault where she forced me to do what she made me do.

I also knew and realized that you were feeling very - very guilty over your mom!

---

[1] Back in 1975 and the years to come I did not realize that you'd completely forsaken me. I kept making excuses in my mind for you and in believing that "our secret", or what had become our secret would cause you to never forsake me.

Knowing that if it had not been for you and your plan your mom could still be alive today!  Or at least she would not have died in July 1975.  Was it all worth it to you losing your Mom and me?  When you should never have forced it to the point that you did.  You had to be aware that it might not work out like you'd planned for that day!  Then again - maybe it did ?   I can say that before hand I do not think you believed your Mom would get hurt or injured, must less shot.  I'll give you that because I personal believe you did not want your Mom to get hurt.

I also figured you were concerned and worried over what I was saying or telling the authorities or my attorney's.

That fear of the truth kept you from visiting. Then again I wondered if fear would make you come.  That is when I'd give you another excuse; "the prosecuting attorney has told her to stay away".

**Dolores** - you were my *heart* and my *life*.

Which bring's me to the reason I am writing to you after all these years is for this. " *Are you Okay* " ?  I mean HEALTH wise?

Since you are my heart, and my heart does not seem to be in all that good a shape right now.  Does it not seem that it should be a reflection of your health?

You know with you being my God, you should do as it taught that which God does, which is: - to forgive me if you feel I have wronged you in any way after you finish reading this letter.  The truth - I only did what you forced me to do and you know you did.   Besides any forgiveness, for you to love me again as you once did, or if it's still there to free it and follow it.

Miracles still happen and a God can make a person's wish or prayer come true!

Because of you and the love I had and felt for you  - yes you - and ONLY you, it has cost me my entire *LIFE*, past and future.

Someone else has a family with you that I don't have with you. Or any family of my own with someone I don't love.

Except for one thing or maybe a <u>true</u> fact !  During all my years of incarceration there was one period where in all my remembrance I've only repeated a dream twice and the following is a recital of that dream, that is what made it stick in my memory.  Is while I was having it I realized that I had the very same dream about a week before.

The dream consisted of a single tree of about 9 - 10 feet in height and had one branch growing out of it on my left side as I faced the tree.   Sitting about fifteen inch out on that branch was this beautiful and very pretty little girl that looked to be about 4 -5 years of age.   As I admire her beauty I look into her eyes and she say's, "Why did you kill me" ?    Muthafucking son of a bitch that killed me!!!  It broke my muthafucking heart into millions of pieces!

I knew that I knew if I was being visited by the spirit of my dead child in a dream, I knew for a fact that ONLY YOU and YOU ONLY could be the mother of my child!~!!!!!!    There had been no one ELSE !!!   God damn it Dolores I never had no one but you!!!!  So putting two and two together if the spirit was real, then you or someone paid for you to have an abortion.   As bad as the spirit made me feel I have to believe that it was true, and only you could be the mother of any child I would have had!!   No matter what you believed or were lead to believe I only had you and wanted only you to love and make love to!

Yea, after the second time the dream happened it shocked me and hurt me very deeply again and made me think.  Did you and I have a *daughter* that you went out and murdered and her soul has already passed over.

Honey, you nor I can run from our past!  You can hide for awhile but it will catch up with you in the world,  if not in this world the next then.

Then I remembered you and the family had to take a vacation, wasn't it North Carolina? Prior to all of you going to North Carolina the following transpired in your Mom's living room as if it were yesterday - {camera fade's to yesterday's memory in my mind}.  You were standing at the foot of the coffee table in front of the television facing the bedroom door, I was standing in front of you facing you and you looked up at me and said, "I'm Pregnant" !

Oh man, oh man, oh man, - Oh hell yea!!!  My Baby - my baby - our BABY.  Fuck - shit - slam the door shut, " at that time in my mind that's what happened with in 1000's of a second" with this jumping OUT -  "God damn me, you fucking selfish bastard, YOU'VE ruined her and her GOOD name.  Oh my GOD - My GOD  my acts of love are going to bring judgement of shame down upon the love of my life, what had I done to her???  Oh my God could she ever forgive me?  I did not want anyone saying she had to get married.  I did not want that for her or me!!!  I wanted the love of my life to marry me because she WANTED to not because she felt

she had to or was forced to.   But because she wanted to.

Maybe I was over sensitive to this FACT.  Due to the fact that I was born out of wedlock at only six months old.   Then as a child up until the age of 9 or 10,  that was all I heard about of being a child of shame and how shameful it was for unmarried girls to be pregnant.  Which you know from your own history with me to be true, that I was adopted.

As I took in all of these facts from you and realized everything that I just said in about 1000's of a second at the same time.  Two thoughts at once racing through my mind to take control, (#1. Baby, Happiness, joy, proud and God Bless the love of my life and the mother of my child!  - #2. Shame, I've disgraced the love of my life - embarrassment).  Like two CPU's in a computer spit out data at the same time of cross reference's of emotions and feelings.  But out of TRUE love - for I loved you more than life itself - my hurting and shamming of you was stronger than anything else and my emotional feelings and love over rode everything.   I mean here was the essence of my life, my total love and reason for living and I, "me" I had disgraced you.   Oh baby I was so - so very sorry for doing that to you.   But at the same time I was glad and tickled shitless that you were pregnant with my baby and we'd done what we had done out of love for and with each other, and that could not be wrong.   That was what I was thinking when I said the most stupidest thing in my life so I could have time to get my words together to truly express to you exactly how happy I was after I give you a big loving and grateful - thankful - happy kiss.  I said, {Really }?

Shit, I was as young as you were and how long had you known you were pregnant?  How many days did you contemplate and think about your pregnancy before springing it on me?  Did it not take you a little time yourself to realize that you were really pregnant and for it to sink in? You should have talked to me more.

Before you answered, (to my question of "REALLY"),  I remember thinking in my heart of hearts what I wanted you to say was , "REALLY or YES".    Then I was going to apologize to you and tell you I was so very sorry for hurting you and bringing shame down upon you.  I do want us to marry but only if you want me and love me as I do you.

But shit, you replied and said "NO".

Many - many times over the years after the repeating dream I have relived that day over

Page -5-

and over in my mind with clarity.  One thing jumps out at me and that is this;  If you mis-read the expression on my face, (due to the fact it was reflecting my inner sorry and shame as I realized what I had done to you and what people would think) and you did not feel that I was over joyed with the news that you were pregnant with our baby.   It must have been your reason or reasoning to lie to me when I asked, Really.  For your answer that time was NO.

If you were pregnant, "like I now believe you were", Then SHIT  Dolores!!!!   DAMN IT, why not have just been honest with me?  If you had, things would be very different for all of us today!   If you did kill our baby with an abortion then I'll forgive you, **but only for a price**, and the cost of that forgiveness is the truth.  So even if you did do it you know I have forgiven you for taking the life of our unborn baby.  My one and ONLY baby that I'll ever have or father.  So, if I am willing to forgive you for that - aren't I at least *owed* the **real truth** from you?  I mean it was you in the first place that told me you were pregnant!  You know if it is true, for me I can see a good in it for me, in my love for you, in that I was the first to get you pregnant and that I did in fact get you pregnant.  The girl of my dreams the girl that I loved with all of my heart and soul - YOU - I had gotten you pregnant.  YEA!

So I want to know and I want to know honestly, as only you and God will ever truly know in this world on Earth, and that is;  Were you ever pregnant at anytime or more than once with our child.  A baby or unborn fetus that I was the father of?

RIGHT NOW AS I AM WRITING THIS a realization or possibility came to light in my mind for the first time that I had NEVER EVER even thought about before, and yet at the same time you know what jumped right out behind it in my thought process, ?  Her I go again making an excuse for her, no not for her, for Dolores.  I guess it is only natural to make excuses for the ones you really love?

But what came to mind was;  As you planned you had been cheating on me with Howard W. Adams Jr. to entice him as you wanted.  But unknown to me and without you telling me to make sure everything worked you fucked him.  Therefore you were pregnant with his baby and not mine and at first you was going to try to put his baby off on me as the dad.  Then when I said; "really", you had a change of heart.  That is a possibility.

If that is true, and it was "Rusty's" child then what about my repeated baby dream where

the little girl ask's me why I killed her?

Dolores, only you truly know if you were ever pregnant by me and had an abortion, but I want to know the truth for the baby would have been my child too.

You know, what I am going to tell you here is very important and I hope you are smart enough to realize it's importance as being the truth. For if it is the truth it is truth of faith which *will take place*. God grants a dying man a last wish - as is proven from the bible. Inasmuch as right before Jesus Christ died, he said unto the father, forgive them for they know not what they do. God the Almighty granted that prayer/wish of a dying son, and the word teaches that what he done for his son he will do for us.

Why do I tell you this, is for the following reasoning which I know you can comprehend and understand.

That God fulfill's the desire, wish, or prayer of a dying man. So my dying prayer/wish is for you to be totally truthful with me on everything and I mean everything in this letter to the extent that if you are not and lie to me when in fact you really did have an abortion, then I want God to take one of your children's live's in an accident to show me that you did have an abortion. So when that does happen know it was your fault for lying to me. I know that I know that I know that my belief in God fulfilling a dying man's request is clearly shown with what he did for his son. Is either child you now have better than the one you killed?

*So, are you going to be the ONE to tempt GOD ? ? ?* Faith works when you believe in faith! Will you tempt God by telling me a lie to where God will intervene to let me know the truth in the way I have requested. Remember what it says in the bible, tempt not your God. Then again with what you practice God Jehovah may not be your God?

Think my desire is selfish? We'll I think I've earned the right to be somewhat selfish at this time. All I have to do is have the faith of a mustard seed that God will let me learn the truth in the way I should find out, and that will be based upon your own actions and conscience that will immediately judge you if it is a lie or not.

Once again, honey if you did kill our baby or had it killed by the doctor I still forgive you. Who am I not to forgive you?

At one time I thought I knew what the truth was from you. That I was your Prince and

you my Princess. Doesn't the Prince **always** kill the beast that the Princesses wants killed? To prove his love to and for her he is willing to really kill or die for her if that is what she wants. That is why he gets to be her prince he makes her happy by fulfilling her demands of proving that he love's her and would do *anything* for her.

I now realize the overwhelming love I felt for you blinded me to the truth. I don't know what is the beginning or end of your plan.

To Wit: Was it your plan all along to get Rid of Rusty and me both because you were interested in Ralph?

I ask myself this: As Ralph could have been a third player back then that you were involved with who you kept from me? To the point that I really got used by you.

So, did you end up getting all that money you wanted and believed in?

While I was incarcerated I heard that Ralph, "the guy you married", had to be hospitalized in a mental ward. What? Did you drive him out of his mind also with one of your scheming plans? Force him into doing something like you did me? Played him to get your way as you did with me?

I could be wrong, but from my point of view in some area's of understanding you are really - really stupid!

**WHY ?** - You have failed to realize that the only reason, (after everything fell apart at your house that day), I *did not shoot you* in the **back** that day as you ran down the middle of the road for Kowalski's house. Was because I was so deeply in love with you and believed you felt the same for me. Even though while standing on the front porch of your house I had the rifle raised and the cross hair's of the scope were dead center between your shoulder blades. Bye - bye heart, bye - bye  lungs, sternum and some ribs. With Rusty already shot, "although at that time I did not know that your mom had gotten shot", you have to be *honest* right now at this time with the following fact, which is the truth - there was nothing - absolutely NOTHING to keep me from shooting you right then and their that day as you ran down the road. Did you ever ask yourself why I didn't? Or did you ever think to ask yourself that? The last shot was inside your house, the next shot was through Kowalski's back door.

Baby, I just loved you to much to shoot you! Even though it was you and your plan for

getting Rusty there that day.  That's why I ran after you, I just wanted to get you at that time and run away with you until we could think of what to do next. If God is love, it was the love in me for you that saved you.

You did get Rusty down to your house that day and kept him there.  Ingenious on your part in having him to wash your car that day to make sure he would be there on time after work.

Were you aware that I had drove down to your house about twenty (20) minutes earlier before you got home that day?  I borrowed Pete Bowles's truck, "one you didn't know or recognize", and drove down and by your house to see if you were home yet.

Since nothing went like you wanted or planned that day I did not know what to do.  That is why I just kept my mouth shut and did not say anything to anyone, I was waiting to follow whatever lead that was made, I just stuck to the basic theme.

On the day of the trial it was my full intention to stand trial.  Then during the lunch break my attorney told me and my family that he was going to crucify YOU on the stand.  He also told me that his examination and cross examination in light of your mental condition it would drive you over the edge.  That if he made you lose it under the pressure you could lose your mind and might never be the same again.  It also led me to be concerned that if you cracked up I was fearful that you'd implicate yourself....!!!!

Even though it meant my freedom I could not sacrifice you, or do that to you sweetheart. I wanted you to be able to remember everything!   I also wanted you to stay Dolores, I did not want you to be or become some spaced out Zombie.  I just loved you to fucking much.  God damn it Dolores you were my world, my whole God damn world and life!!!  I would have done anything to have kept you and not lose you, anything you wanted.

I was so in love with you that instead of thinking of you on January 20th,  I should have thought of myself instead of you.  Why - because what good has it done me always putting you first in my life?  Even though you were the catalyst for everything that you made happen and for all of this.  I want you to know I do not blame you.

I did not want you to lose your mind so I told my attorney that I'd plead guilty.  I did know for a fact that you were seeing a psychiatrist. You were in the psychiatrist office that day in Princeton when I saw you.

When you saw me in the doctor's office I saw your eyes swell up with tears and it broke my heart and my soul cried out in sorrow within myself!

You will never know how much I wanted just to reach out and hold you in my arms in the doctors waiting room. But the last thing I needed right then was you freaking out. Oh God, how I wanted to hold you in my arms and say, "Baby, I really need you, especially now and I need you to stand by me as I'm standing by you".   To stand by me like you should have.

But I guess all along you had formed different plans since your other one didn't work out, or did it work out the way you really wanted?  Only you know.  I don't know what was really going on in your mind back then and still don't.  That's one thing I'm trying to find out now.

As far as I am concerned  - life is over with, so what does it hurt for me to be honest and truthful now?   RIGHT ???   Also person's needs to make things RIGHT before they die.

Plus, I want to be honest and say what I have to say to you before forgetting everything and losing my mind with old age or dying before then.

Only from seeing a movie on television about eight (8) months ago did I realize a grave - grave error in my communication with you when we were engaged.

The name of the movie is; " *The Last Kiss* ".  Have you seen it?  If not, I hope after you read this you will watch it.  Anyway at about 15 minutes into the movie or less, this girl that is pregnant accuses her fiancee/boyfriend of cheating on her and having sex with another girl.  The audience that is watching the movie knows the real truth, which is that the guy is telling the truth and he HAD NOT had sex with the girl he was accused of having sex with.  In fact he had not had sex with ANY other girl.

After _ALL_ these years I comprehended something from this movie that I had never EVER realized before.  Seeing something through your lovers eyes or how it seems to them.  I always only saw it through my eyes with no reason to see it through anyone else's eye's.   I knew that I was like an old dog, "loyal"!!  to the one I love.  When you are being honest the only way you can see it is from your point of view because it's the TRUTH.

The reason that I was blind to it was due to the way that I was raised. I was taught in believing whatever your parent or parent's told you was the truth. Plus what you learned in church would also be the truth. What I was told, what I was taught, was what I believed, and that

was: "if you told the truth that SOLVED the issue.   That if you did NOT lie and TOLD the TRUTH then there was nothing to fear and completely no reason to worry.   If you are telling the truth and know you are telling the truth and being honest - caused me to believe that in being honest and telling the truth settled the matter.   That is how naive I was - and would have stayed that way if it was not for the movie, "The Last Kiss".

The point I am trying to get to or make?   Do you remember when you asked and accused me of cheating on you or having an affair.   I told you that I had not been with any other girl or made love to any other girl.   For me that SETTLED it!!!   It was the truth and I KNEW that I was totally innocent of your accusation.   Telling you the truth and knowing I was telling you the truth I thought settled it.

**What I did not KNOW was,** it did not matter that I was telling you the truth.   What REALLY mattered was **WHAT YOU BELIEVED !!!!!!**   And you believed that I had been untrue to you, that was **your truth** and that is what you believed.   Baby, I had not been untrue to you.   But you believed that I had.   If I had realized back then that the real truth did not matter, only what mattered was what you believed.   Then I would have done whatever it took to prove the truth to you!   It was only you in my heart and no one else!!!   Since my heart and my cock belonged to you and only you **I did not have any room in my heart for any other girl or another girls twat!**

As for another girl or any other girl?   After finding you the only one that I can remember ever kissing besides you was Drema at her eighteenth birthday party.   It was a brotherly kiss at that with no meaning attached to it.

My fault or weakness was always trying to be "liked" by other people.   So I always went out of my way to try and help others, even strangers.   You have been with me when I have done it so you know I am telling you the truth, that you know to be a fact.

Only at different times did I try to help Carmen out.   From our past and time together you know for a fact that when I gave you my word it was the truth and you could always bank on it.   Although it was ONLY to those that I LOVED that I would give my word to, no one else mattered.   So for old time memories, I give you my word,  and now that life is over with why would I lie?   May God strike me DEAD right now if I am lying to you about this, but; "I've

Page -11-

NEVER ever even kissed Carmen!!"

Call her if you don't believe me - just to prove that I am telling you the truth. Also since I was released from prison I have not even been in contact with Carmen. I do know from local advertisement that Carmen is an agent for a local Century 21 Real Estate Agency. Just call any Century 21 Real Estate Office in Bluefield and I am sure they could put you in touch with her. Why do all this shit now?   Before we die, it is important for me that you know that your belief's that you believed in me being with someone else was a lie.

Carmen and my friendship with her was from High School, her dad and her mom was divorced and had been for ten years or better.   But her dad had moved back in with them and him and I became friends.   Her dad had a bad drinking problem and I was the only one at that time that could talk to him and reason with him or man handle him if need be.   When times got to be rough, Carmen would want to get with me and tell me what he had been doing or was doing and would I talk to him and get him to stop or change his ways.   I had been doing this with her dad since 1970, two years before I met you.   I was trying to be a friend to both and at the same time make there living together tolerant.

Dolores, I NEVER cheated on you!   You bring me one girl that says I fucked them besides you and I will call them a liar to there face and ask them to prove it, because I know they'd be lying.

Do you remember back to one time which was the next day after we had made love the night before, I told you and showed you from us making love that my cock was badly chaffed.   I was so concerned I went to the health department in Green Valley.   Remember?   They did not know what it was and was under the impression from the information that I gave them that it was from the NEW anti-sperm prefill that you used before we made love.   Remember it was a different brand, a new brand that you had not bought or purchased before.   In gaining knowledge from medical book in the prison library  and with the passage of time I have learned that it was not a reaction to the NEW Prefill spermicide, but you gave ME a STD, yes - a sexually transmitted disease.

Since I know that YOU were the ONLY one that I had EVER been with I could ONLY have gotten the STD from you!!   So you MUST HAVE gotten it from Rusty or whoever else you

Page -12-

was fucking.... ??  You can thank them for giving you a sexually transmitted disease.

There is so much I want to tell you and share with you! ! !

Of how you were my Dream Girl in the flesh, the one girl in person that ALL the love songs spoke of.  The girl that I had formed metally in my mind from childhood all the love songs that had come and gone in my heart and mind you were the girl in and of all those songs!

Righteous Brothers, "Soul and Inspiration", part of the lyrics go, " and I'm tellin' you girl, you are my reason for laughin', for cryin' for livin' and for dyin'.  Which completely stated my feelings and love for you!!!!

Jerry Wallace - "In The Misty Moonlight", some of it's lyrics that I applied to you as my dream girl in addition to the Soul and Inspiration lyrics are the ones from In The Misty Moonlight which goes, " In the misty moonlight by the flickering firelight any place is alright as long as you are there, in a far away land by tropic sea sand any place is alright as long as *you are there*.  Way up on a mountain or way down in a valley I know I'll be *happy any place anywhere as long as you're there*.  In a cabin with only a table or chair, I don't care as long as I'm with YOU.

Did you EVER feel that way for me?  Or were you always looking for better?  Was I just a stepping stone for you?  When we were together was that why you would never sit a wedding date, because you were looking for someone better to come along?

In my eyes baby you were the prettiest girl on Earth.  In my eyes and heart their was no one, no girl prettier or sexier than you!!!!!!    You were ALL that I wanted or EVER wanted.

Baby, when we started dating there were two (2) songs in the Top 40 and they went into the top Ten (10), one was "Last Song", I believe you played it hoping Mark would come back to you.  The other song was, "If You Don't Know Me By Now".  I knew you had not known me for Ten Years but I felt that you knew me as if you had known me for ten years.  As time went by with you I truly felt that we were one and you knew me.

From the age of thirteen (13) I had started searching for YOU!!!  From age 13 until I found you I had visually seen hundreds if not thousands of different girls in public.  Some were nice and some were very pretty but they were NOT what I wanted.  Nor what I had formed a mental image of what I desired from childhood.  Like I said I'd been looking for you my whole

life, by age 13 I knew exactly what I wanted the girl I was going to fall in love with would look like. Then when I was eighteen I saw in you!!!! My mental canvas in life. The face and girl that I had been looking for all my life. I saw you, " It was love at first sight for me !!!!!! "

As a child I loved the television show Roy Rogers. So I guess my "first" crush was on Dale Evans, Roy Rogers wife. It was Dale Evan's face that help me form partially the desire of what the girl I was going to marry would look like. I had NEVER dated anyone or committed to anyone until I met you. I always figured it was a waste to do so, why waste my time with someone that I was not interested in. None of them would have been who I was looking for or wanted. Dale Evans was a star, so my girl would be a star in my eyes only to become my God.

Hey baby, at *least* every time I look at myself in the mirror or shave I can look myself directly in the eyes and know with ALL of my mind, body, heart and soul that if the shoe had been on the other foot and I had forced you into doing what you forced me into doing. You had shot my mom and she'd died. I know that I know I would NOT have forsaken you! I would have stood by you hell or high water and would have turned against anyone that would have tried to keep you away from me. For better or for worse I would NEVER have left your side.

In my *heart* you will always be my wife for I know that in God's eyes we were married by him. You know it too, inasmuch as we got each other's virginity but that was not all. Our marriage vows even though they were very - very simple but sincere. Our commitment and dedication to each other was spoken to each other in truth and honesty in front of and before God. Christianity teaches us that God is everywhere and that God is within us. Since God is in both of us and God is everywhere we were in his presence when we exchanged vows and promises to each other, remember?

We were at your house laying on the couch in the televison room, I was laying on my left side with my back against the back of the couch. You had your housecoat on an was laying on your back flat on the couch beside me.. I had raised up and propped myself up with my left arm to look deeply in your eyes and then I said; "Dolores, You are my life and I love you so much - with all of my heart", and as I was saying this I was moving my right hand down your body to inside your bikini panties where I then grasp and cup your crotch into my hand, holding and squeezing your pussy firmly, I finished by saying; "and I love your pussy and it belongs to me".

At this point you agreed that your cunt was mine and your pussy did indeed belong to me!  Just as soon as you agreed with that, upon your own, you reached down to my crotch and got a hand full of my cock and squeezed it while say: "this is mine and it belongs to me", at the conclusion of your statement I agreed with you. That my cock belonged only to you!  This was an exchange of vow's between us before God!    Makes no difference in God's eyes because it was not vows from his bible.  What matters in the eyes of God is that; "He had put you and I together as ONE and then in honesty and earnestly we **did** exchange the above vows to each other!!!  And a vow is a promise!  You think about that!

One thing is for sure - Adam and Eve NEVER had a ***man made*** marriage license, nor were they married by a man.  From Genesis, the first book of the Bible when God created Adam and Eve in the Garden of Eden they were never married on paper.   The only way in God's eyes that they were married was when  God put them together as ONE in unison with love and desire where Eve got pregnant with Cain.  To Eve there had been no man before Adam and to Adam there had been no woman before Eve.  So as with us, they too, got each other's virginity.  United in sex they became ONE flesh,. as you and I became one flesh in your Mom's bunk bed.  God's will joined us together!

Then in the  NEW TESTAMENT from the book of Matthew;  chapter 19.  Jesus Christ states the following:  4"Haven't you read," Jesus replied, "that at the beginning the Creator `made them male and female,  5and said, `For this reason a man will leave his father and mother and be united to his wife, and the two will become one flesh?  6So they are no longer two, but one.   Therefore what God has joined together, let man not separate." [1]  Some versions stated instead of (seperate), the following:  "let not man put asunder".  The rest of the chapter goes on to talk about giving a divorce to the two persons that God had put together as one flesh.

.    I have NEVER given you a divorce, from the marriage that God put US together and made us one FLESH.

SO LET ME ASK YOU ONE QUESTION -  AFTER YOUR DEATH AND YOU ARE STANDING BEFORE GOD - WHOSE LAW DO YOU THINK GOD WILL USE TO GO AND JUDGE BY?  His own word and laws from the Bible - or man's?  ? ? ? ? ? ? ?

Under God's law and sight you and I were *pure* when we met - virgins.  We fell in love

and then we united as one flesh. On the night we made love it was the right thing to do in our minds and hearts. On that night I knew that I wanted you more than anyone else or thing in my life and world. In me giving myself "totally" to you that was my commitment to you. I also felt that you giving yourself totally to me at the same time was your "total" committment to me! Then and there "WE" became one for ALWAYS and belonged to each other - that in belonging to each other is exactly what it says and means that "we" belong to each other in the eyes of God and NOT TO SOMEONE ELSE.

But Satan will lie to you like he did Eve. He told Eve - "Surely you won"t die if you eat of the forbidden fruit"? Did Eve Die? As I *know* Satan has been and is lying to you and telling you, surely "God" will not judge you for bigamy. If you live the lie you die the lie, then it's to late to be forgiven. But I guess - that since an EARTHLY man forgive's you at confession or mass - it's okay then? And a man "that was created by God" can forgive you over God for a constant living sin? I don't think so! Man has no power to forgive sin, only God does!

By *ALL* my action's, including not saying anything, and also for the times when I did write to you I never said anything to incriminate you, which I hoped would still prove my feelings for you. I was aware you were under obligation to give anything you received from me to the state. The only time I said something that could have been considered incriminating was in that one letter. That one letter was the exception as I wrote it when I was upset over the way things had gone. Do you remember it? Did you give that one to the state also? Or destroy it yourself?

I still have dreams of you in my sleep at night. We are always together in them and *happy*!!! I have actually woke up from them due to the fact of the intense feeling created by the dream. Of so much love in my heart for you and once again being with you that it wakes me up because I feel it is so real and want it to be. That's why I wake up out of the sleep - "to have you", and be with you. Only you are NOT there and I realize it is not real - only a dream, and once again my heart breaks.

The dreams cause all those feelings and emotions I have tried to bury to break through or surface and it's like it's 1972-74 again when I was young and so in love with you and I feel so FUCKING GREAT. In some of the dreams we are young. Then in some other dreams at times

you have been older, when compared to your years when you were with me, you are now fat with a big belly, big legs, and a fat face. Me? I'm big or larger in these dreams too, but when I look into your eyes it does not matter - nothing on Earth matters but you and us being together. I'm with the girl that I fell in love with and wanted to have my life with. I'm blind to what is standing in front of me, a big fat Dolores. The Dolores and how she looked when I fell in love with her shall always be what I see in you in my dreams or real life *should we meet again in this world*.

From the day that I lost you - really lost you, life has made no sense to me or meant anything. Like George Harrison's song, "What Is Life". It's lyrics speak from my heart.

I started this out to be a very short letter. Only to inquire into the conditions of your health. But as I wrote - the letter took on a life of it's own and is growing and expanding into facts and truths from me that I feel you should know and learn before death catches up with me or you.

Things that are ***important*** to me - that was about "us"!!!!!  FOR you to know the truth from me and my point of view while there is still a little time left to live.

Only while we are alive - here on Earth can we be sure of being able to communicate with the **ONE** you want to communicate with. If I died today and you died tomorrow it does not mean that we will  **EVER**  be in touch or that our souls will ever met again?  I don't know - I only know that while you are alive I should reach out to you for the last time. So that when something does happen you will know some things that you took for granted or mis-read.

But I know now that only after your death will you know the *real* truth. Your mom's soul knows, Jesus Christ knows and God knows and that is; "What I already know"!, was that; (*Your Mom getting shot was an accident*).

I would not have shot at the front doorway from the bedroom if you had not been going for the front door. Why in the HELL did you run anyway??? Did you panic like I did?? I shot for the door frame so it would splinter the wood and scare you bad enough into stopping, so I could get to you. At the instant I pulled the trigger your Mom stepped over into the line of fire headed for the front door. If your Mom had not moved over into the line of fire she would never have gotten shot. Ask yourself did the other people in the living room get shot? Huh? NO !!!

Page -17-

The bullet would have missed her and gone into the door frame. Then again, if you had not moved in a hurry for the front door I would not have shot in the first place.

Not a day in my life has gone by since July 16, 1975 that I cannot help of thinking of what you made happen, at your insistance you made push come to shove. Didn't turn out the way you had planned though did it? ? ?

But in all honesty, a number of months before *ALL* this started you changed dramatically. It began after that BIG Party you had at Sherwood Apartments at Theresa's, then some of you all ended up at that Pizza place that use to be in Princeton. Then all of sudden Roxanne Williams comes into Bill Brown's life and as a friend I am introduced.  Around the same time Steve Otey the usher at the SkyWay calls me and tells me that their is this girl by the name of , "damn it - cannot remember her name right now - (Kathy)?", [she lived on the Falls Mills Road] was wanting to meet me, that she had heard about me. So, Steve arranged a meeting at the SkyWay Ticket Booth.

She showed up and from what I remember - she had been with the group that was with you at the Princeton Pizza Place that night and had learned about me from you.  I assumed it was you, or it could have been from someone with you or in your party.  How else would she have known about me?  I told her it was nice to meet her, that she was a pretty girl and we could be friends but I was engaged to you.  So she went out with Steve Otey that worked at the SkyWay.

Over the years I have formed what many would consider an unpopular belief - which very well could have a little truth to it or a lot of truth to it and that is witchcraft or the black arts could have been involved in breaking us up.  I think of certain things that transpired prior to all of the things that happened at the beginning of the end.

For all I know right now - back then you could have been talked into doing somekind of magic ritual due to peer pressure and was told it was for one thing when in fact it was a ritual for something else entirely.  But you had to be a part of it for it to work or take place.  They lied to you, and they had ulterative motives.

Like in my case, Roxanne Williams told me that she could do a *love* spell that would make you love me and want me and ONLY ME above all others.  But I had to get a silver locket Pendant and  do somethings and bring it to her and she'd then do some  things and give it back to

me. When she did, she also said I had to say a certain chant seven times three times a day.

I know you remember me wearing the locket/Pendant, because you tried to get me to give it to you one night. Remember? I would not give it up. As I reasonsed maybe this is a test by the spirits to see if I will give up wanting your love and I could not give up wanting your love for that is all I wanted. So that is why I did not give you the locket/pendant.

I think it was a curse instead. As, "I was also lied to" because things between us seemed too get worse instead of better and you started getting those crazy ideas.

What is even more interesting in the occult/coven theroy is that Roxann Williams lived up at Gilliam where Ralph E. Stanley Jr. lived. Roxann told me that the coven leader was very powerful. You and Ralph moved to Sugarland which is outside of Houston and Roxanne Williams also moves to Houston. Coincident ? Billion to one? Two from Gilliam to Houston?

You could be under a curse or spell right now and /or one back from then and not even know it!

As in fairy tale books only true love will break the SPELL and sit you FREE ! ! ! The truth that someone who has you now could have cast this spell over you and our lives.

Baby, I still have *true love* for you - know that and believe that and use it to sit yourself free.

Back to the movie I was talking about, "The Last Kiss". The point I tried to convey to you was: The main girl in the movie accused her boyfriend/fiancee of cheating on her. When in fact he HAD NOT done so and the audience that was watching the movie knew that she had condemned an innocent man. He was innocent. But what I come to realize from the movie was even though he was innocent and conveyed that to her, it did not matter. It Did Not Matter - Why - because the girl believed it was TRUE and that was the true fact that only mattered. Not the real truth but what the truth to her was at that time is what mattered.

Where I had not cheated on you or been with another girl intimately - I told you I had not been with anyone else and it was the truth and in my mind since it was the truth and I was being honest with you it settled it for me in my brain. I was not smart enough at that time to realize that the truth to you did not matter. What mattered was WHAT YOU **BELIEVED**, and if you really believed that I had been untrue to you then I now see that was all that mattered and I wish

that I had been smart enough back then to have realized that.  But I didn't because I was under the belief and had been raised with the opinion that if you told the truth it would protect you. Which in this case it did not.  It took this movie to open my eyes to your side and how "this girl" believed that her fiancee had cheated on her, "as you did with me" and in my case I had not cheated on you.  I had not given myself to anyone but you!

I can now rationalize that Satan allowed you to believe what you wanted to believe and you chose to believe the lie instead of the truth.  Maybe in believing the *lie* it made your conscience feel better or you used it as an excuse to justify your own actions?

I had always trusted you and thought you did the same with me.  Or at least I told myself mentally that you knew, and was aware of how much I loved you.  That I loved you to much to ever stick "your" dick in another girl.  For my cock belonged to you and it was to you that I had exchanged marriage vow's with.  Where I promised you my cock belonged to only you and you promised me your pussy belonged to only me! ! !

If at that time I had thought that you did not trust me with another girl then there is no way in hell I would ever have gone off with Carmen as a friend.  So she could get away from her dad for a little while and talk to me about what was going on, and try to fulfill her and her mom's request to talk to "Richard" (Carmen's dad) about moving out and going back to Richmond. Which he did move out.

Plus, I always told you what was going on between Carmen and me.  Like when I took you over to her house and you waited in the car outside.  Remember?

I guess I felt so secure in my overwhelming love for you that I took some things for granted because I believed in them and should not have.  One of these believes was that I thought you knew that I'd never cheat on you that I was true to you.  After I found **YOU** why in the hell would I have wanted anyone else??????????????????????????????????????

Like the time your co-worker ran her mouth and called you and told you I was at the Granada theater with a girl.  That was true - but here is what happened.  I went down to talk to Robert Williams about you and what was going on between us.  Robert had gotten sick about 40 - 60 minutes before I had got there.  While I was in his apartment his next door neighbor knocked on the door and wanted to know if he was still taking them to see the movie that her son

wanted to see.  He was telling her that he had gotten sick and could not take her.  She then said that her little boy was dying to see it and that she had promised him that she would take him. The little boy stuck his head around the door from the hall way and heard what Robert said and what his mom said.  I saw his face and saw his eyes welp up with tears as they started to run down his cheeks.

That's when I opened my big mouth and said, Hey, I'll take the kid to see the movie.  One thing led to another and he wanted his mom to go and see it with him as he had planned or visualized in his head.  So I ended up taking them and his mom paid for my ticket for taking them.  I felt it was wrong to get in free since I was not with you or by myself, so that is why I let her pay for my ticket.  That was all it was - was me feeling sorry for this little boy and trying to make him feel better.

I am sure you are smart enough now to know that if anything had been going on I would not have brought some bimbo out in public to parade around or be seen.  I would have just stayed at her apartment or whatever.  But that was not the case.  This was something that happened on the spare of the moment and I only volunteered at the last second to save a little boys hopes and feelings.  When I was a child at times there were things that I had my heart sit on that did not come to pass and I remembered how that hurt.  So if I could make a difference in this kids world or dream for one night - then what was it going to hurt?  At least that is what I thought at the time. If you had only waited and asked me - instead of jumping to your own conclussion and coming into the theater.  She apologized and apologized to me - especially the mom and she wanted to call you and tell you how mistaken you were.  I told her no, that I would take care of it.  Don't guess I did a good job of revealing the truth to you or you just did not want to hear or believe the truth.  It was easier going along with what Satan wanted you to feel and believe.

In my mind you and I were married and we were "*one*"!  You and I together made up the "one" in body and spirit.  That is how I felt about "us" when we were together.  I never felt *alone* with you!!!

When we die, we leave everything we have on Earth, even our physcial bodies remain on Earth with all of our Earthly possessions.  Only your soul and memories are what you get to take

with you to the next world.    After I found you - I wanted my soul to be with your soul for all of our enternity.    Which right now it looks like it may never happen, that my heaven that I dreamed of has become my hell.    A hell in being without that which you love.

In fact, it has been my hell since I lost you in 1975. Maybe that makes you feel all warm and snug inside and you think - "well good".  Hey, that's okay.  As my hell of being without you all these years has blessed me with warm, cozy loving memories of "you" and of "us" being together and in love.

You know within my heart of hearts, I still have a special place in my heart of all my hearts an area that is off limits and devoted especially to and for you and only you! Because that part in my heart and in my soul still believes in YOU, in the REAL you, the YOU that I knew and loved so much - so very, very much.    The real you that I knew and _only_ I knew and still loved very much. For _magic_ as no one else will EVER know the Dolores that I knew and was with! All others only know the Dolores you became after 1974.

Why do I say this? Oh yes, - that one special heart within me that still believes in you - also believes in that part of you that is still the REAL Dolores, and believes that real part of you has been hurt and badly brused but still loves me as you always did. Even though it may be way down deep within yourself and you may not even want to acknowledge it.   But I believe it is there and you in fact know it is there, but it is burried deep within yourself and you know it is the truth, and you either secretly love that fact or hate that fact because you know it to be true.

Because of my fear of maybe someone in your house reading this letter besides you, I will not come right out and say what brought me to this conclussion, "that you still did love me".

I just have to figure out how I should interprit your signals. For your information I've only gotten two (2) of them. If you have sent more I missed them - then again if you have sent more and I've only gotten two (2) of them how will you know what two I got?   That is if you ever did send any in the first place?

I know you are smart. The first signal I became aware of - when I did think the possibility of maybe "just maybe" it was a signal from Dolores in her own way.  With you knowing me and you being smart I had to wonder your motive behind it. Was it done in the _hopes_ that it would serve as a future seal of protection so that I would do no harm? Or was it

something else?  Was it you in your own little way maybe trying to someday let me know that to what extent you could you incorporated me and some of our dreams into your current marriage and life.  Something that would only be known to you and me, where you had me with you or a part of "us" with you in your current family.  Why do I say this?  Because I always loved to sing along with the lyrics to a **certain** song out loud when I had you in the 1973 Chevelle with me and I was DRIVING.  Know what I mean?  2 + 2

Baby if I got it then I am proud of you, and you should feel the same for me if I did get it.  But at which reasoning behind it?  That I do not know?  For Protection?  Or was it to honor "us",  and say hey, "at this time I still love you and want you or something we had to be a part of my life".

Then the "second" sign that I thought I got was when I talked to you on the sixth of August.  I don't know from what you said to me on the phone if what you said refer's to a life you'd like to be living, or if it is a secret life that you are living within yourself ?  Maybe a secret world with you with me in it, a life with me in your mind if it was your desire or wish?

*Aim me* in the right direction, if you know what I mean.  Otherwize if you are reading what I am writing you know I got it if you can put 2 + 2 together,  if what I got was meant to be taken as the way I took it?

I just wish that after things went wrong and not the way you had wanted or planned that you would have been **strong** enough to have stood by me and ONLY me.

Any pressure that your sister's or family put down on you it was them telling you what to do.  Maybe if you'd followed your heart things would be different.  Then again maybe you **did** follow your heart and that is why I did not hear from you?

As long as a person is alive, "and a person could die tomarrow",  it is never to late to get the courage up and be strong and do the right thing and do what has to be done!

Do you want to be Famous?  No, seriously - do you want to be famous across the whole good ole U.S. of A.?  It would be especially famous in Sugarland.  But then again what would you consider famous?  Famous - good - like; ("Armstrong" the bicyclest), or Famous - bad - like; ("Scott Peterson" the wife killer in California).  With the things I know I am sure that I could get a lot of publicity. - Lots !!!

Dolores, I might as well bear my heart and soul to you in this letter since I have no intentions of writing to you ever again or EVER getting in touch with you. Unless future actions by you would maybe dictate different. For you will reach a decision in reading this letter. I don't know what decision - but I do know you will reach one.

I state the following for your information; After my death and I am standing in front of God to be judged, and it comes up to July 16th, 1975. I know that God will find me NOT GUILTY. As on that day in my life I did no more or no less than God himself did through his only son, "Jesus Christ". God give up his son to love us.

How far would you go for LOVE? What would you do for LOVE? God sacraficed his *own son Jesus Christ* because he LOVED us. God let his OWN son die for our love - so God killed his own son through men so he could express what he as God was willing to do for love. God destroyed the Egyptians that pursued his people and Moses out of Egypt. God killed half a nation to keep the ones he loved. So, if I'm guilty of being forced to kill to keep the one I loved then I am guilty only of loving and deeply loving you and nothing else.

How far would you go - or what would you do to keep the love you wanted? How can I ask you that when you probably have never loved anyone that much! Not even your children. I also wonder if you loved Ralph or just settled for him? Probabley just settled for him and grew to love him. That's what I would say, because you was figuring, "who wants a girl that got her mommy killed".

After all this time you still have not understood me and you've never gotten it have you honey? Once I found *you* there was never ever any reason in my mind to look at, "or for", **any** other girl !!! When I found you I had found my "treasure" in life, I found the girl that I had looked years for. When I found what I really wanted and had been looking for - YOU - then there was no reason for me to keep looking or wanting anyone else. For I had you! When you find what you want - you keep it!

God damn it Dolores, that's how I felt about you. There could never be anyone else! I know that is the reason I have never married. In the wild some species mate for life, like the penguin. They stay loyal to each other and they are just animals! Go figure. But that has been the present and past for me, but time changes things and there is a future to put forth action.

Page -24-

If and when I find another, I hope we have the time for some children. God only knows how I wanted you to have my children and be the mother of "our" children. I often wonder if your *fear* of being found out is what kept you away from me since July 16th, 1975?

Did pressure from your family, relatives, friends and the McDowell County Prosecuting Attorney's Office make you stay away? Or did you stay away from me of your own accord?

Or if it's the first part, did you just get hooked into a pattern of life where you just married Ralph so you would not be lonely? To where, "maybe" over the years you grew to love Ralph, but you could still be in love with me?

You should not be afraid. Your kids are grown, you have wealth to a certain degree.

Are you *afraid* to find out if you still love me? I dare you to!!!

Be smart also! Realize I have never laid a finger on you or hurt you physically. In fact I could have, like I told you earlier in this letter, while you were running down the road. Or on the morning that I escaped from the McDowell County Jail.

I was gone nineteen (19) hours before they missed me. By that time, with my Friend, I had already been to your apartment building and watched you leave for work. I had to see you!!! Just to look at you again to mentally say good-bye.

If it had not been for the trouble my friend would have gotten in, I would have confronted you then and their that day to talk. But he said that would only bring the police down on us even faster. As when I had finished talking with you we would have left, and knowing you at that time you would have gone straight and called the police. I did not care what happened to me at that time but I did care about my friend.

The reason I say this is I do not want you to be afraid of me or scared of me! Have I ever hurt you physcially? NO! Have not a total combinations of my actions proved that I've always protected you???

With the passing of each day it brings us a day closer to **death**. A death for either of us at any moment.

Why would I now, "since you have no control over me anymore", do anything to break the law or harm you? That is if you accept my *dare* !

I would be your secret, in fact this whole letter can be just "our" secret if you want it to

be. It is up to you. How I wish you would start sharing with me again.

You could take a two week vacation away from the family, couldn't you? There is so much I'd just love to sit down and talk over with you.

What do your kids look like? Skinny, fat, tall, short, ugly, pretty? I guess to every parent a child is pretty. So in real life are they pretty or ugly, or one of each?

As I was growing up, before I was ten (10) years old their was a weekly television show that signed it's programming off by singing the following lyrics from a song, "Thanks for the memories", maybe it was the Perry Como show or one like it. Do you remember it and the song, "Thanks For The Memories"?

Well, baby, even as "BAD" as it has been for me here on Earth, or the "BAD" I've been put through and had to go through on Earth for __ALL__  those years and these years. If that was my *price* or what God charged for the time that I had with you, only that short time.   Then ALL of the BAD and everything that has happened to me, it was worth it to me, to be with you!!!!! I would not trade my time with you for my life and I didn't. All the s-h-i-t  I've been through my entire life, if that was my agreement with God, (i.e. that I had to put up with so much shit and damnation) in trade for the short time I had with you. I am saying it was worth it. You were worth it to me Dolores!!!

You know what makes that or this the real truth? My life!!! I gave up  my life on Earth for you.  Sacrificed my life on Earth for you and only you! You are very aware of your involvement in what happened and I am sure you can now see that I have held my tongue and have given what life I had up for you.  Have you appreciated it?   Hell no! You have only thought of your self.

Then again -  all these years of you and those around you brainwashing you - you've done talked yourself into believing  things are one way and true when in fact your truth is a lie and not the actual truth.

*__Dolores,__  by the time you get this - my attorney's in Bluefield will have a copy of this letter. In addition to a manuscript, an outline, and some other documentation. All of which is in a sealed envelope with instructions for everything to stay sealed unless certain things were to transpire. Like me having an unseen accident or getting killed or anything that would harm me*

*or I'd end up dead or become incapacitated.   This is what they would say in the movies as a "little insurance policy".   Know what I mean* ???

So, the next **step** I take in the very near future - will get to be *your* __*DECISION*__ .   Isn't that **fucking GREAT !!!**   See, once again I am letting you be the boss.

Your decision, or should I say your actions, or lack of action, which - "lack of action in and of itself is an action", anyway whatever you do or don't do is going to let me know which direction I shall legally pursue as a response.

When I see what your actions, response, non-response are then I will know which avenue I will go down. Or whether I may just stay at the STOP sign and not do anything.

But based upon what I do, <u>even if it is **nothing**</u>, my response will be based upon your action, re-action, non-reaction, response, or no response to this letter and it's contents.

Within my **mind** I already know what your action or non-action will dictate. I also will have two paths to chose from and what path I am going to take concerns which path or decision you make.

Choose wisely - Heaven or Hell, or maybe two (2) Hell's?   Oh yes, by the way - if you choose to respond to the contents of this letter then **don't fucking bullshit me !**   I will not go for it this time, so you'd better speak the fucking truth - the REAL truth from within your heart.

As I drove home tonight I was listening to the following song: "If You Don't Know Me By Now", by Harold Melvin and the Blue Notes. Remember? It was one of the TOP five (5) songs that you and I listened to as I fell in love with you!

The song went; "If you don't know me by now you will never ever know me...".

I thought you knew me baby - I really did! I guess the one BIG question is: "What have you learned" ? ? ?   ANYTHING ?

How much more do you know about me? That I haven't talked. Wrote you letters that I knew you would give to the McDowell County Prosecutor. I wrote them to you in the style that I did so you would be covered and also for you to see that I was taking all the blame. Nothing to incriminate you or to put you under suspicion.   Still trying to prove to you in the only way I knew how to that I still loved you then.

So far as I'm concerned my life is over with.  What life I ever had  - it is all behind me

now. I lost you this time around on Earth. But I know I've paid the price to have you totally next time around.

When people die, they say as they die, if they are aware that they are dying or believe that they are dying, they say; " I'm going home".

To go home you go back to where you came from. Maybe - just maybe, our souls knew each other before we were born. Prior to birth on Earth "we" could have been deeply in love with each other or our souls were deeply in love with each other. But your soul wanted my soul to prove it to your soul in this world by killing for you and giving up my Earthly life for you. In doing so - I have won your souls eternal love by fulfilling your required desire from before birth?

My souls reward for doing and fulfilling your souls desire? Will be your soul to be with me for eternity in the afterworld, once your Earthly temple known and born as Dolores Miller has been vacated of it's soul. Here and now in the name of Jesus I claim you and your soul in future lives.

Hey funny face, you have been running from me since July 1975. By that I mean running away from seeing me and being with me to actually confront your real and true feelings for me!!

Was Ralph a hiding place for you instead of seeing or being with me?

I believe, you only believe, you are in love with Ralph. Or are you afraid to find out the truth and you will just continue to run and hide?

This time, after you make the decision you have to make, will dictate my response. So you will know before hand that the END results will be based on your decision. So, from the date that you read this letter and each and everyday thereafter when you look at yourself in the mirror I want you to *SEE* the person who will be the catalyst to what happens thereafter. No one ELSE to blame but yourself. Do you like what you see? Do you like what you have become? Only the future will tell if you will blame yourself or praise yourself for the decision you make.

To me, this is what is so beautiful about ALL of this and that is; **You** will MAKE a decision, for you ONLY have two (2) choice's. Number one - don't respond, Number two - respond. Either action by you will be an answer to me. For your information in my mind there are only the two categories: No response or response. I am of course referring to a personal non-response by you - or a personal response by you.

If, from this, I receive an *outside* response, I will deem it in coralation to one of the two (2) categories which will receive a lawful and legal response. So, you need to wonder what category I would file an outside response as being? Would I consider an outside response as a response or a non-response? That is one thing you need to be aware of and figure out.

Are you in shock? After being hid all these years the truth is about to catch up with you, in more ways than one.

So what are you going to do? Run again?

Running won't do you any good this time. It's time to face the piper.

Like me, your youth is **gone - gone for good** and that life is over with! Never to be had again in these temples that you and I reside in. But I also really loved and adored your physical temple. In my eyes you were the prettiest girl in the world!!!!!!! Prettier than any model or Star on T.V., or any motion picture actress!!!!! None were prettier than you in my eyes! Really beautiful like Kathrine Ross and Dale Evans, but prettier, and Kathrine Ross was a knock out.

For the first time in my life since 1975 I actually feel some excitement within myself. I've been dead emotionally without any excitement in my life since I lost you. You were the ONLY joy I had in my life and the only joy I have ever had in my life! When and if I do things with other people - it's just not the same!!! It's not you and they are not you. But now - no matter which action you do I will and am feeling excitement in my life again.

I now have formulated plans that I am looking to fulfill! My two plans are: #1. A plan of action, #2. Non-action, or at least different type of action or different avenue from plan #1 of which ever I do will be initiated by *you*.

Hey honey, thank you for really loving me at one time! I shall always cherish that and our time together, even the bad - I was with you and I was in love with you! You were with me!

God, you were the perfect girl! If ONLY you had stood by me, like I have you!!!! Like the Tammy Wynette song, "Stand By Your Man". Life for me was beautiful with you!!!

I could never have wanted a better time on Earth than to have had you with me until death!!!!!!!!!!!

God damn it Dolores - *WHY ???    WHY ??????    WHY ????????*

As I said, I had looked for you my whole life, but knew you were the one when I saw

Page -29-

you!  I knew what I was looking for - but not who until I saw you.  Why else do you think I'd get up at 4:30 in the morning and some mornings go down and take the snow tires off and put the Mag wheels on to be there to take you to school at 7 A.M. in the mornings?

For months from the start of us dating I'd lay on my bed holding your picture while listening to songs that paralleled to the love I felt for you and also of how I felt about you, like: "Goin' Out Of My Head Over You", and "Anything For Your Love".  I'd listen to these songs and sing with the lyrics while looking at your photograph and be thinking - "Dear God in heaven, how I love this girl and want her - please let her desire me as much as I do her - and want to be with her".  With my other favorite songs relating to you - "Soul & Inspiration" and "In The Misty Moonlight".

Dolores, until you forsook me, I really did trust you and had faith in you.  All the time we were together I felt safe with you, or safe in my love with you.  That was until that one kiss - and from it I believed that you had then cheated on me.  Remember?  We were in the 73 Chevelle on Route 52 about ½ a mile from Coaldale headed towards Maybury, we was going down the hill from the straight stretch.  You kissed me really hard and plunged your tongue down my throat.  It was a guilt kiss or a kiss saying I'm sorry and I just cannot get enough of you now.

But I over looked it and never said anything - as you were with me and that was really all that mattered.  But when you held yourself as hostage from me that was blackmail.

I have wondered if "Ralph" has EVER caused you to have an orgasm to where you passed out like you did with me ????   While in prison I did a lot of reading and found out from a book that it was your *orgasm's* that I caused  you to have that made you pass out.

You know one thing I am truly *sorry for ?*  That you were NEVER ABLE to see yourself through my EYES !!!!!!!!!!! !!!!! !!!!!   Because if you could have, you would have seen how much I loved and worshiped you, only you.  How much I absolutely adored you, and that you *were my **life**!!!!!*

Honey I will tell you one thing for sure!  If you and I had one dollar for every tear that has run down the cheeks of my face over you we would be Billionaire's!   Losing  you was harder than losing my freedom.  The songs that they were playing on the radio around that time only added to my heartbreak over losing you. Thelma Houston, "Don't Leave Me This Way", and

"Reflections" by Dianna Ross and The Supreme's.

Speaking of songs - F.Y.I. - after you and I got together and I was riding to work at night with Dewey to Jenkinjones we'd listen to WOWO out of Fort Wayne, Indiana - an A.M. radio station. They would play on a pretty regular bases the song, "*Tell Laura I Love Her*" it was an older song, but everytime I heard it and sang along with it - it was not Laura I was visualizing it was you, "*Tell Dolores I Love Her*" is what I was feeling in my heart and changed the lyric name to yours as I sung along. With me visualizing that was me as the male character in the song for the character's name was "Tom", and I WAS doing what I needed to do to get for you! As I was currently doing in my life - and that I could be "Tom" in the song and lose my life but wanted you to know that I loved you & only you. Then when I would hear the song, *Teen Angel*, about the teenage girl going back to the stalled car upon the railroad tracks to get her boyfriends class ring and ended up getting killed. To me, in that song - you were the girl that got killed going back after my High School Ring. See, in my mind or my way of thinking or believing in you - I picked out a song that I believed in "what I believed of - or - wanted to believe of " of you - and that was that you loved me enough that you would die before losing me; or endanger your own life to save any of my property that meant something to me and you were aware of what it meant to me.

From this day forward each time you hear one of the "songs" that I have mentioned in this letter I hope you will think of me, and of it's association to you, and only you!

One last thought for your consideration; - I never ever left you for anyone ! ! ! Simply because there was never anyone else - for I never looked for another "wife" or wanted anyone else after we became "one". Sure - I had thoughts of movie actresses and fatasized about being with one of them like Katherine Ross or Sally Fields.

Well baby - you have a lot to think about and consider. Especially since you once again betrayed me and my belief in you on August 6th when I looked to you as my God. So do you see any need for me to protect my God anymore???

One last thing for your information - I ONLY bought the corvette so I could have it to have YOU in it !!! A beautiful girl like you needed to be in a car of equal status, so you could complement each other.

Has reading this letter  excited you and made you wet between your legs?  :-)  I ask that because I know YOU !!!   As you realize NOW that you will not live forever, so a person should do the right things before they die.

For your information if you decide or need to use it:

You know the name
Rt. 2, Box 462
Rock, West Virginia  24747

**P.S.**  Not that it matters now - but; not only was I deeply in love with you.  I was in love with being in love with you.  If that makes any sense to you.  It is the truth, though I felt blessed everyday we were together, and *loved* the essence of being in love with you. You always felt so good in my arms or laying on top of me, because it was you the woman that I loved with all of my heart, body, and soul.  I felt alive on the inside when I was with  you.  Yes, I loved the fact that it was you that I was in love with and that you loved me.  Even though you used that love against me.

Also, I guess you don't remember being at the Pizza Hut and we were listening to the music on the speakers and it was playing the song, "Don't Say You Don't Remember" by Beverly Bremers.  About half way through the song you got a napkin and borrowed pen from a waitresses and wrote, " T.  I'll always belong to you and never love anyone else D. "  When was the last time you listen to *Don't Say You Don't Remember* or read the lyrics?

**NOTE:**          F.Y.I. - From the date you receive this, I am allowing two (2) weeks or 14 days to pass before I initiate my next step.  Fourteen days is enough time to let me know what your answer is.  Which within this time period and by the deadline I will know.   You either answered or didn't answer.

**Also** - Any response I receive from you after the deadline will be considered in the catagory of non-response.