GOVERNMENT
EXHIBIT
9B
1:09-CR-270

Dear Mrs. Stanley,

I don't know if you will receive this letter or not. Nor do I know how you will take it.

I am writing this letter because of Dolores. As it does concern her, but in reality it is over her mother.

It is not my intention to hurt or upset Dolores in anyway. As old memories and the pain I caused her in the past, I hope she has overcome it or at least can cope with what happened. I do not mean to hurt her now by opening up old wounds.

But I have some facts and knowledge to bring to her attention, thru you. Whether you or her believe them and the conclusion I've come too is up to you and her.

From court records and documents plus medical informations, it is my opinion as well as some doctors that I have talked to that Stevens Clinic Hospital in Welch is responceable for Dolores's mothers death.

I called you one time to tell you all of this, but you refused my call. Which is understandable.

As for the facts. A few years ago I received a letter unsigned by some nurse who told me she worked at Stevens Clinic and that I had been a guinea pig for the hospital over Geneva Miller. That Mrs. Miller's death had been uncalled for. That she died

due to neglect and improper medical treatment. That Geneva's bandages were not changed when they should have been. Which set up and caused gangreen, which caused her system and intestines to become full of posion.

Before this I had taken for granted that I had shot and killed Geneva. As everyone told me that I had, so I believed them.

After receiving this letter I started doing some checking on my own. I talked to doctors here at the institution and they informed me that from the wound that Geneva received she should not have died. Another doctor told me that if any gun shot victim lives over 72 hours they should live. As the first 72 hours are the most critical. For if they do not die in the first 72 hours they have between a 90-95% chance of full recovery. When I informed the doctors that she had lived 10 days then died, they could not understand it. They told me it sounded fishy or like a cover up.

So I petitioned McDowell Co. Circuit Court for their records and for the autopsy reports on both Howard Adams Jr. and Geneva Miller.

When I received the records to my suprise I was informed by the court in it's court order to me that enclosed

was the death certificate and autospy report on Howard Adams Jr. That their was no autospy done on Geneva Miller but a copy of her death certificate would be enclosed with this court order to me.

Louise, this is where things start to come together and stink. You may not be aware of this but it is <u>state law</u> and <u>mandatory</u> that any death in W.Va. caused by a gun, the corpse has to be autospied. It is state law and has to be done! By not doing it, they are breaking the law.

Therefore I truely believe that Stevens Clinic was at fault and malpractice was done by the doctors their. That a cover up was done both by the hospital, H. Camper and W. Watson of the prosecutors office and by McDowell Co. Court. As they had me at that time to take the blame. The family was to upset to really ask questions, and were only thinking of me and what I caused. As they blamed me also.

If I were Dolores and her sisters I would look futher into this, and sue Stevens Clinic. I'd go to one of those free legal aid places, like in Princeton for help. They would have to resume Geneva's body for a proper and intensive autospy. But I honestly believe it would prove that she died of neglect and malpractice!

Second if I were them I would not let Stevens Clinic or anybody in the court,

or works for McDowell Circuit Court know what they were going to do. To keep it secret from the hospital and the court. As either or both places would try to stop it. But if they did find out and try to stop it, that would prove they are trying to hide something. As it is also law that if a doctor is responceable for the death. He can be tried in court for manslaughter as well as the person who caused the wound. So not only would the hospital be covering up for a possible law suit, but also to protect one of their doctors from a charge of manslaughter. Plus cover up bad publicity. Also if they would find out Dolores's intentions they would lie to her or her sisters and have time to make up phoney documents and also to cover up for each other.

    I know you must be asking yourself why am I doing this. I have a number of different reasons. First, whether Dolores knows this or not, or whether she ever believes it or not, "I never meant to hurt or shoot her mother", or Dolores either! Second, If Dolores and her sisters can prove me correct in my belief, it would prove to Dolores that I did not kill her mother. Which is important to me to prove to her. Although I am responceable for causing her to die, all I really would have been guilty of was wounding her mother and not her death. Which was caused

by Stevens Clinic and not me. They are truly responceable, not me. As I really don't want Dolores to hate me, as she does but to understand, if she can. It should never have happened for Geneva to be their in the first place. But since it did, the hospital should have done their job, and Geneva would be alive today. Then Dolores could just hate me for wounding her mother. As I really liked Geneva and loved her like a second mom. She was real good to me. Treated me like a son! And her death hurt me greatly in my heart, soul, and feelings.

My third reason, if I'm correct, Stevens Clinic should be sued for 4 or 5 million and made to pay for their malpractice. The doctor or doctors should be sued and tried in court for murder. Why should they get away with it? Fourth, maybe in this, or doing this, as like this letter, I can make back up for some of the pain, hurt and loss I caused Dolores.

Finally, Dolores may think this is some kind of trick or something that would help me. Dolores knows or should that I never ever really lied to her. Sure a few fibs her and their. But never when I told her something and give her my word. So I tell you and her now that if I am proven correct in my belief it will not help me any. Plus I'll tell her some facts she does not know.

The day of my trial George Maynard came to me that morning and told me that if I went to trial with what my attorney had planned to do to Dolores on the witness stand it would drive her over the top. As Dolores was seeing a psychatrist and with what we'd put her thru on the stand she would lose her sanity. So like he said if I loved her or thought anything about her at all I'd plead guilty to save her sanity. So I did. Second, the sentence I'm doing over her mother is running concurrent with the sentence over H. Adams. So on paper I'm convicted of two sentences, I'm just doing one really. Therefore the sentence for Geneva really means nothing. Third, if I had stood trial or wanted to refuse when I plead guilty, the court could not have tried and sentenced me on Geneva's death. As in this state their is a law where the court has to apply a test. It is called the Same Transaction Test. Where if a defendant commits more than one crime or more charges are inacted out of one continues crime. The defendant can only be sentenced to one crime, or tried for the most serious crime he committed during the time after he committed his first offense. To try a defendant and sentence him for more than one crime when the other offenses occured from the first crime, this would constitude double jeopardy. Which a court cannot do.

So as you can see, it would not help

or hurt me any if Dolores proves my beliefs over her mothers death correct.

Also if I were her and her sisters I would get an independant ~~coroner~~ coroner to do the autopsy. One that does not work for the state or has political ties. I'd get one from out of state. Therefore he would be honest and not lie.

If Dolores has a copy of her mothers death certificate or gets one. She will see that the cause of death is listed as; "Rifle shot wound abdomen with transection of stomach." Then it has; name of person giving information. Who was, "Fanning Funeral Home."

Who is Fanning Funeral Home to say what the cause of death was. They are not doctors or coroners.

Since I'm not family I cannot sue the hospital or doctors. But her children can if I'm correct in my belief of a cover up. But they need evidence and an autopsy.

I don't know if it's true or not. But I've heard you are a rather religious woman. So Louise I leave this in your hands now. I've done all I can do. It is up to you to see that true justice is done, or let them get away with it. Shall rest upon you. But can Geneva rest in true peace. As her soul and God know the truth and her real killers get away with her murder. One doctor went as far as to tell me that they could have experimented on Geneva, and done uncalled for explatory surgery. So you must really ask

yourself, why no autospy when it is mandatory and required by law. Why did she live past the critical 72 hrs., up to 10 days, then die. Why did a funeral home give the information for the death certificate and not a doctor, and isn't a doctor suppose to give the information and sign a death certificate?

Louise, at least please show me the curtosey to write me back and let me know what you will do, and what happens. If you need any of the laws or records I've mentioned let me know and I'll sent you copies, or anything I can do to help. To keep peace in your family you will not have to tell anyone you ever wrote, nor will I.

I'm sorry to say this and do not mean to be disrespectful, but to resume Geneva will be emotional. So I realize it is a hard choice. But it is the only way the truth can be out. Since she is buried in Mercer Co. It would take a lawyer and a court order from Princeton Court House. Like I said it is up to you now. To tell Dolores and see it followed thru. But I do not want to see them get away with their cover up.

Thank you, and please let me know

P.S. Why did they do an autospy on Howard Adams, as required by law, and not one on Geneva? What are they hidding?

Sincerely,
Thomas C. Shrader
818 Jefferson Ave.
Moundsville, W. Va
26041