May 3, 1987

4:07 P.M.

Dear Mark,

Even though it has been over 24 hours since we talked, I still feel humbled and deeply touched. "Thank you so very much!"

Enclosed is a check for $1.00 for payment of the telephone call, as you were gracious enough to accept the charges. I know you told me to forget it, but you were good enough to show me this kindness, so it's the very least I can do.

I was informed that local calls just cost 85¢ and you can talk for as long as you want to for this price. If my information is incorrect, please let me know and I will make up the difference.

Thomas

GOVERNMENT EXHIBIT
10 B
1:09-CR-270

| | | |
|---|---|---|
| **STATE OF WEST VIRGINIA**<br>FOR USE OF THE WEST VIRGINIA PENITENTIARY<br>MOUNDSVILLE, WV 26041<br>VOID UNLESS PRESENTED FOR<br>PAYMENT WITHIN SIX MONTHS | 5-8   19 87 | 32507<br>69-101<br>434 |

PAY TO THE ORDER OF: Mark Skypack    $**1.00

THE SUM I DOLS 00 CTS _____ DOLLARS

MERCANTILE BANK
MOUNDSVILLE, WV. 26041

STATE OF WEST VIRGINIA
FOR USE OF THE WEST VIRGINIA PENITENTIARY

FOR Thomas Shrader #48178                                   TRUSTEES

⑃032507⑃ ⑊043401019⑊ 000056114⑃