May 6, 1987

Dear Helen Marie,

    If you do open this, PLEASE do NOT read any of this, and leave the decision up to Mark, as to whether you read this or not. This is no conspiracy between Mark and I! It is only that I do not want you hurt or any wounds re- opened. As I do not blame you for hating me, I deserve it. But I do not hold it against you! I forgive you for hating me. But please do not read this until Mark has had a chance to.
    Thank you.

                                             Thomas

GOVERNMENT EXHIBIT 11B  1:09-cr-270