May 6, 1987



Dear Mark,

    What I am about to tell you will not help me in any way. As my life sentence with mercy on Geneva is running concurrent with the one on Howard Adams. So in reality I am only doing one life sentence with mercy.
    I feel like I am walking on egg shells here, as I do not mean to open old wounds or to hurt anyone, nor to cause you any trouble! But most important not to hurt Helen Marie in anyway.
    Personally I do not know how you will feel about this, but I honestly feel that I should make you aware of the facts as I know them and have been able to put together over the years. To make you aware of them and then upon your decision to inform or make Helen Marie aware of them, and take some action upon this information, if you feel that it merits action.
    Attached to this letter are exhibits that I would like for you to go over and make your own decision as to whether or not you think something is wrong or not. That a cover up by the officials in McDowell County are hiding the true facts with the help of Stevens clinic Hospital.
    As you can see from West Virginia Code 61-12-8 and 61-12-10 that an autopsy shall be made of any questionable deaths, with <u>full records</u> to be provided to the prosecuting attorney. In any murder case in W.Va. an autopsy has to be performed upon the victim. See Exhibit A and B.
    If you will look at Exhibit C, you can see that I requested the autopsy reports on Howard and Geneva back in 1978. Exhibit C, is McDowell Counties Court ORDER upon the issue. On page two of that Order you will see underlined that the court furnished me with a copy of the autopsy report on Howard, but only a death certificate on Geneva.
    EXHIBIT D, is a copy of Geneva death certificate, it is not signed by any doctor or medical examiner, as the information was provided by Fanning Funeral Home.
    EXHIBIT E, is a copy of, " Certain Killings Considered ", which you can read the underlined portions.
    Mark, I have talked to three different doctors and shown them what reports that I have on Geneva, and all three of them have told me that they can see no reason for her death except for improper medical care. As she lived for ten days and only negligence by the doctors caused her death. As Geneva may not have been given the proper medicene or could have received the wrong type of blood during an operation, or the improper antibotics or a allergic reaction to some antibotics, or her dressings or bandages were not changed regularly and euremic poisioning set up, or gangreen.
    Mark, why was no autopsy performed upon Geneva? As required by law. Or if one was, why have the facts been covered up?
    I personally believe that Stevens Clinic Hospital caused Geneva's death, that if she had been taken to Bluefield Saniterium she would still be alive! In 1984 it was proven in court that Stevens Clinic cause the death of a little boy by improper medical care and attention.
    Mark, if you agree with me I will do all that I can to help you obtain the evidence that you will need. As I feel that malpractice law suit filed by Geneva's family against the Hospital could be won.
    If you do not want to follow this up or see if the Hospital really caused Geneva's death, I will understand. No hard feelings. But if they are responsible and cause Geneva's death, I do not think they should be allowed to get away with it! Because if they didn't screw up, Geneva would still be alive today!!!
    I honestly realize that this may put alot of pressure upon you, but please do what you feel is the right thing to do. As if I am correct, would you want

them to get away with it?  Mark, if Geneva had been killed in a car accident or let me put it this way, if Geneva had been injured in a car wreck and lived for ten days then died, would you have been suspicious?  And wanted to know and learn all of the facts?

Mark, honest to God, and God as my witness, I did NOT mean to shoot Geneva!!! It was an accident!

But as you can see from the Exhibits they did perform an autopsy upon Howard, why not Geneva?  What were they afraid of finding?  Or was it one doctor covering up for another doctor as they often do?

At the very least, if you do disscuss this with Helen Marie, ask Helen Marie to write the Hospital and get copies of <u>all</u> of Geneva's medical records from July 16, 1975 until July 26, 1975 and any follow up reports on Geneva after July 26, 1975.  If you do get copies, would you send them to me and I will xerox me off a set and mail your copies back to you.

Mark, please write me back one way or the other and let me know what you plan to do.  Or if you have any futher question you'd like to ask me, please feel free to write and ask them, as I will reply.

Mark, once again I will not lie to you, this will not help me one bit if you do follow it through, as Geneva's sentence is running concurrent with Howards. I have nothing to gain from any of this, except to see justice done, and maybe Geneva's daughters collect a big settlement from the Hospital for malpractice.

Hope you will write back to me.  I wish you and Helen Marie all the best in the world!!!  Also, next time you talk to Stephaine, please let her know that she has NOTHING to fear!!  Why on earth would I want to hurt her or her children?? It's absurd.

Once again thank you so very much!  As Mark there is a lot I would like to talk over with you and let you know, of which, some you could make Helen Marie aware of if you would want to, but I leave it up to you.  As there is a lot that you all do not know, but that you believe that you know.

Thank You!

Sincerely,

*Thomas C. Shrader*

Note: Compare page 2 of Exhibit C to Exhibit A, why didn't the prosecuting attorney have any medical records on Geneva and had to get a record from County Clerks Office?