GOVERNMENT
EXHIBIT
1213
1:09-CR-270

11-27-87

Dear Mark,

Hope this letter finds you - Helen Marie and your children doing fine and well. That you and yours had a very nice and Happy Thanksgiving.

You never answered my last letter, but I expected as much. Although I was and still am very grateful that you accepted my phone call and did talk to me.

Since then grandma has died. Please express my sincere sympathy to Helen-Marie.

Mark you are the only one that has showed me any understanding or reasoning which I greatly appreciate more than you'll ever know.

Mark I have one hell of a big problem and I don't want to use you as a middle man, but you are the only one I can turn to.

Right now I am between a rock and a hard place. So if you will I do need a big favor. I need Dolores's present address and telephone number.

2

For I really need to talk to Dolores before I take any action. I'm sure you are asking yourself why.

Well I've been up for parole twice already and turned down both time's. As of now it looks like I'll never get out of here. My mother is 83 yrs. old and she needs me and wants me home. She does not have much longer to live as time goes. So out of her love for me and standing by me all these years I owe her.

In the begining I thought their would be enough time — 10 yrs. in prison and out to be with my family. But soon it will be 13 years, with no freedom in sight.

You see Mark all this time I've kept my mouth shut. I never give no statement when I was arrested. I kept my mouth shut and went along with what was said, which in part was the truth with half truth's also. But I will tell you a statement that

Page 3

is a secret and the real truth. And
that is, "That only Dolores and I know
the real truth"!

As in every story like in real life
or plots their is a begining - a middle,
and an ending. But you, Dolores's
sisters, the Adam's, the police and court
only know this thing that happened from
the middle of the story. But since you
don't know everything the middle looks
like the begining to everyone else.

Mark since you do not know the whole
and real truth I am sure it seems to you
that I am talking in circle's.

I cannot tell you everything for
I do not know what I am going to
do yet. Mark, you do not have to
believe any of this, but I do have the
proof and the proof would come out in
a trial.

Which I am thinking about offering
to make a deal with the prosecuting
attorney.

Page 4

Because I love Dolores I've kept my mouth shut and my knowledge to myself. It is very difficult to explain, for their are so many angels and sides to the situation.

But back then I was being black-mailed and I was being blackmailed at my very existance and reason for life and love and my very reason for wanting to live. So I did go down to Geneva's with only one of two purposes in my mind, to either kill myself in front of Dolores or for her to call it off and marry me that coming week-end. As for the coming week-end they would be having my funeral or my wedding to Dolores.

At this time the real truth of everything would hurt alot of people including my own family. As they would not understand and would be angry with me for putting them through everything all these years by not telling everything and for being

Page 5

weak. But it wasn't them that was in love with Dolores. It wasn't them that had and shared the times with Dolores. Plus because of my love for Dolores to protect her all these years and out of my hurt and grief over Geneva.

Believe me Mark, if I'd tell everything, I'd be free, or if I'd told it in the begining I would not have gotten all of this time nor would I had plead guilty if I hadn't loved Dolores.

The only women that have ever loved me in my entire life have been my mom, my sister and Dolores. But my love for Dolores is more than for anyone else in my life. She is the only girl I've ever loved !!! I was family to my mom and my sister so out of blood they loved me. But Dolores wasn't family and she loved me, plus passionate love with Dolores that you could never have or share with a mother or sister. But with this killing Dolores

PAGE 6

forsake me. Mark if the situation had been reversed and Dolores had accidentaly killed my mother I would have been deeply hurt over the death of my mom. But I would have NEVER forsaken or left Dolores I would have stood by her and give her love and support even if my own family turned against me I would have went it alone with Dolores. Because it would have been to late for me to do anything for my mom, but I could still love and helped the woman that I loved as she'd be alive and facing hell, and need me now more than ever. For I believe in true love and loyalty. Thats why I've never told anyone the real truth, not even my own family.

Oh Mark it is so complicated, especially with my emotion and love that I have for my mom and Dolores.

For my mom and family love me and have stood by me and not forsaken me. Yet on the other hand Dolores has forsaken me and I am sure she does not

Page 7

love me anymore. Yet, you'll I'll tell you a secret I never want Dolores to know for it would give her satisfaction. Pleading guilty - doing all this time - losing my freedom and my life has not bothered me!! I don't care! The only thing thats hurt and gotten to me was losing Dolores. That's hurt more than everything else combined. For my life and freedom only had meaning for me with Dolores. So without her life has no meaning or purpose for me.

But believe it or not I do still love her. Although she has hurt me deeper than anyone ever in my life I still love her.

But now because of mom and her short time to live and because she has deep love for me like I have for Dolores I've got to consider her last days and my love for her against how I feel towards Dolores and what Dolores's true feelings are for me. Plus other factors I need to know about Dolores and weigh before I make my decision.

PAGE 8

Mark that is the reason I ask for your help. For I want and need information. Some of it you may think is absurd. But I would greatly appreciate you answering all of my questions. For I will give them great consideration in weighing to which way to go.

Whether to do and say nothing as I have for the last 12 years and 4 months and 11 days. With no one but Dolores and me knowing the truth. Or take the information you give me and do the above with it and say nothing. For then I'd have real facts of the present situation and circumstances of Dolores to base my decision upon. To keep pulling time and living this lie.

With the length of time mom has left to live I've got to make a choice between mom that loves me, and Dolores who doesn't give a damn about me, yet I still love her. When the truth would free me and put Dolores in prison.

Page 9

But this truth would and will hurt Theresa, Helen-Marie, Stephanie, and Bernadette. I hope you can see now how serious this is, and for me taking all this time to write this letter.

For I could be selfish and just do it. Tell the whole truth, without considering everyone else as I am trying to do at this point. Therefore I hope for some consideration, help and information from you. At this time you don't have to tell Helen-Marie anything. But she may be able to give you some answers that you may not have or know the answers to. Oh yes Mark no matter how un-important or silly some of my questions seem to you, they are VERY important to me and I want and need the answers.

#1. Did grandma or Genera know or practice any folklore, witchcraft or the occult?

#2. If so was any of this knowledge

Page 10

from the old country passed on to
Genera's daughters?

#3. Has Dolores ever had an abortion?

#4. Has Dolores ever had a miscarriage?

#5. How many children does Dolores have?

#6. What ages are Dolores's children?

#7. Is Dolores happy?

#8. Is Dolores happy in her marriage?

#9. Does Dolores love Butch?

#10. Has Dolores ever thought of divorcing
Butch?

#11. Is Dolores working? If so where
and what type of work?

#12. Do you think Dolores would talk to
me on the phone?

#13. How has Dolores's life and health
been in the last 12 years?

#14. Are her children normal and
healthy?

#15. What does Dolores think of me?

#16. How does Dolores feel about and
towards me now?

#17. Without her sister's or husband knowing
do you think Dolores love's me any

Page 8
11

at all with-in herself?

#18. What's Dolores's address?

#19. What's Dolores's phone number?

#20. What kind of work does Butch do?

#21. Is Bernadette married?

#22. Where's Bernadette living?

#23. If she is married who did she marry?

#24. Does Bernadette have any children?

#25. Is Dolores afraid or scared of me??

Please answer all 25 question's, plus any information you may think is helpful.

Mark would you also please send me 3 or 4 of the most recent pictures you have of Dolores. If you want them back I'll return them.

You have my word and promise that if you do help me and answer my questions no one will ever know that you did.

As in the past to help and protect Dolores, plus at that time to show her that I still loved her and was covering up for her and not betray her

Page 12

I wrote letters to her taking all of the blame to cover her and show and prove to her that I'd said nothing to put suspicion upon her. To put it all upon myself.

Mark if I don't hear from you so that I can now have and know all of the facts, I will go ahead for a deal of a time cut in return to be the state's witness in Dolores prosecution.

For at this time I have kept the real truth a secret. But I have the evidence and proof to convict Dolores of Rusties death. It goes even deeper than this if everything comes out.

You can see and realize now how many lives will be affected by the truth.

Plus I'm running against time in here. For in a riot or anything if I'm killed or die there are three - 25 page statements signed, notarized and sealed telling the whole story and truth, with names, dates and places.

Mark, I do not want to hurt

Page 13

anyone. Especially Dolores as I still do love her, or at least the Dolores I knew.

Also please don't think that this is some kind of trick or revenge. It's not! Sure, I love Dolores, want her, and I would take her back. But I don't have her and I do have a mother and sister that love me, and mom doesn't have many days left.

You have Helen and your children. Dolores has Butch and her children. Mark I have no one. When mom dies and I'm still in here I'll really have no one then but my sister. No lover, no wife, no children.

Dolores got me into all of this, then betray me and forsake me.

But you see I've still been loyal to her for I believe in first love, true love.

Mark, if I do not hear from you with all my questions answered and the pictures of Dolores by Dec. 8, 1987, I will proceed to make the deal for my freedom.

Page 14

I really need to talk to Dolores to see where I stand with her. For she really owe's me alot. For my silence and her freedom.

Mark, if you'd like to visit me and learn the truth. I'll talk to you but I'd have to send you a visiting form first to fill out and return to the warden and then be approved or denied. But before this I need your answer and reply to this letter with all of my questions answered. As for the pictures I want them to look at while I make up my mind. Whether by seeing her pictures if I still think and feel she is worth this lie and still worth my love and protection. If it is still all worth keeping the truth to myself.

Will look foward to hearing from you by Dec. 8. Mark, I mean you no harm, nor do I want to upset your life or Helen's for I do - really do consider you as a friend for

Page 15

your kindness over the telephone call touched me very deeply.

But please also understand my family who had nothing to do with any of this have also suffered greatly in the past 12 years. They have been very loyal and loving to me and I owe them.

Before I close let me leave you with two questions.

#1. In love and action is their any limit that you would not go for Helen-Marie and your children?

#2. Why do you honestly think that Dolores had to see a psychiatrist for a year or more? Could it have been because of the true guilt you all know nothing about? To try and clear her conscious, over her mom.

P.S. #26. Is Dolores pregnant at this time?                    Thomas