UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v.                                          NO. 1:09-00270

THOMAS CREIGHTON SHRADER

## STIPULATION

The United States of America and Defendant Thomas C. Shrader stipulate to the authenticity of the call records for phone number 281.980.4950 for the time period January 1, 2008 to December 30, 2009 produced by Windstream Communications, which have been numbered by the United States as documents numbered shrader/windstream 000004-000094.

The parties further stipulate that call records for the same phone number are not available from Windstream Communications for any time period before January 1, 2008.

_____          _____
Christian M. Capece                THOMAS C. RYAN
Assistant Federal Public           Assistant United States
Defender                           Attorney

_____
Thomas C. Shrader
Defendant

GOVERNMENT EXHIBIT
16
1:09-CR-270