Shrader/windstream-000026

GOVERNMENT EXHIBIT 7
1:09-cr-270

```
CMD043-01          WINDSTREAM          TOLL FILE SEARCH FROM DATA BASE: CAMPRD1   SOUTHWEST REGION  1/09/2010                           PAGE     1
           INQUIRY OF ALL ONE MONTH                    FOR CALLS TERMINATING:           281-980-4950                                    14.42.08
           REQUESTED BY: KIM SULLIVAN              OUTPUT ROUTED TO REQUESTOR'S LAN PRINTER: SO3SUPT         EXTRACTED BY: KIM SULLIVAN
```

| CALL TYPE | CONNECT DATE | TERMINATING NUMBER | TRM NBR OFW | CONNECT TIME | ORIGINATING NUMBER | RECORD ID | ELAPSED TIME | MSG TYP | RATE CLS | REC MET | D I | BILLING NUMBER | ANS IND | O T I | TRNK GRP | F G | CIC | SENSOR ID | RAO | IN SR | E+ E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 07/01/08 | 281-980-4950 | | 10:43:28 | 281-544-2121 | 110131 | 0000:56:8 | 1 | 0 | 02 | 0 | | A | 2 | 0000 | D | 0K28 | 157713 | 149 | R | |
| 119 | 07/10/08 | 281-980-4950 | | 09:35:21 | 562-838-6341 | 110101 | 0000:34:8 | 1 | 0 | 02 | 0 | | A | 2 | 0000 | D | 0K40 | 530713 | 149 | R | |
| 720 | 07/31/08 | 281-980-4950 | | 14:47:24 | 713-401-3417 | 110101 | 0001:19:5 | 1 | 0 | 02 | 1 | | A | 2 | 0936 | D | 0VB9 | 281980 | 113 | A | |
| 119 | 07/31/08 | 281-980-4950 | | 18:55:34 | 000-000-0000 | 110101 | 0000:37:8 | 1 | 0 | 02 | 0 | | A | 2 | 0879 | D | 0555 | 281980 |     | A | |
| 119 | 07/31/08 | 281-980-4950 | | 19:54:21 | 281-980-0261 | 110101 | 0000:52:3 | 1 | 0 | 02 | 0 | | A | 2 | 0973 | D | 0CC9 | 281980 | 358 | A | |
| 119 | 08/01/08 | 281-980-4950 | | 18:21:01 | 713-442-0000 | 110101 | 0000:44:5 | 1 | 0 | 02 | 0 | | A | 2 | 1815 | D | 0222 | 281980 | 151 | A | |
| 119 | 08/01/08 | 281-980-4950 | | 19:24:27 | 713-442-0D00 | 110101 | 0001:24:7 | 1 | 0 | 02 | 0 | | A | 2 | 1815 | D | 0222 | 281980 | 151 | A | |
| 119 | 08/01/08 | 281-980-4950 | | 19:35:26 | 615-799-1509 | 110101 | 0000:32:1 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | 047 | A | |
| 720 | 08/01/08 | 281-980-4950 | | 19:36:54 | 615-799-1509 | 110101 | 0003:53:0 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | 047 | A | |
| 720 | 08/02/08 | 281-980-4950 | | 08:48:26 | 615-799-1509 | 110101 | 0016:14:1 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | 047 | A | |
| 119 | 08/02/08 | 281-980-4950 | | 12:52:08 | 713-702-7667 | 110101 | 0000:39:6 | 1 | 0 | 02 | 0 | | A | 2 | 0945 | B | 0SW5 | 281240 | C47 | A | |
| 119 | 08/02/08 | 281-980-4950 | | 12:52:17 | 281-723-0004 | 110101 | 0000:39:7 | 1 | 0 | 02 | 0 | 281-980-0000 | A | 2 | 0000 | B | 0432 | 106713 | C47 | R | |
| 720 | 08/02/08 | 281-980-4950 | | 13:33:54 | 231-732-2822 | 110101 | 0000:35:0 | 1 | 0 | 02 | 0 | | A | 2 | 0871 | B | 0SW5 | 281980 | C07 | A | |
| 119 | 08/02/08 | 281-980-4950 | | 14:58:36 | 713-724-3838 | 110120 | 0001:31:8 | 1 | 3 | 02 | 0 | | A | 2 | 0945 | B | 0SW5 | 281240 | C47 | R | |
| 720 | 08/02/08 | 281-980-4950 | | 14:58:44 | 281-723-0004 | 110101 | 0001:31:9 | 1 | 0 | 02 | 1 | 281-980-0000 | A | 2 | 0000 | B | 0296 | 106713 | C47 | R | |
| 720 | 08/02/08 | 281-980-4950 | | 15:28:20 | 713-724-3838 | 110120 | 0001:26:5 | 1 | 3 | 02 | 0 | | A | 2 | 0945 | B | 0SW5 | 281240 | C47 | R | |
| 119 | 08/02/08 | 281-980-4950 | | 15:28:28 | 281-723-0004 | 110101 | 0001:26:6 | 1 | 0 | 02 | 0 | 281-980-0000 | A | 2 | 0000 | B | 0296 | 106713 | C47 | R | |
| 720 | 08/02/08 | 281-980-4950 | | 16:42:26 | 615-799-1509 | 110101 | 0001:27:1 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | 047 | A | |
| 720 | 08/02/08 | 281-980-4950 | | 16:56:57 | 281-652-6155 | 110101 | 0000:33:0 | 1 | 0 | 02 | 0 | | A | 2 | 0982 | B | 0297 | 530713 | 151 | A | |
| 720 | 08/02/08 | 281-980-4950 | | 16:57:05 | 281-236-9999 | 110120 | 0000:33:7 | 1 | 9 | 02 | 0 | | A | 2 | 0000 | B | 0297 | 530713 | C21 | R | |
| 720 | 08/02/08 | 281-980-4950 | | 22:06:09 | 281-652-6155 | 110101 | 0000:31:6 | 1 | 0 | 02 | 1 | 281-980-0000 | A | 2 | 0982 | B | 0SW5 | 281240 | 151 | A | |
| 720 | 08/02/08 | 281-980-4950 | | 22:06:17 | 281-236-9999 | 110120 | 0000:32:1 | 1 | 9 | 02 | 0 | | A | 2 | 0000 | B | 0297 | 530713 | C21 | R | |
| 720 | 08/02/08 | 281-980-4950 | | 22:07:13 | 281-652-6155 | 110101 | 0003:39:9 | 1 | 0 | 02 | 1 | 281-980-0000 | A | 2 | 0982 | B | 0SW5 | 281240 | 151 | A | |
| 720 | 08/02/08 | 281-980-4950 | | 22:07:22 | 281-236-9999 | 110120 | 0003:40:5 | 1 | 9 | 02 | 0 | | A | 2 | 0000 | B | 0297 | 530713 | C21 | R | |
| 720 | 08/02/08 | 281-980-4950 | | 22:11:40 | 281-652-6155 | 110101 | 0003:19:3 | 1 | 0 | 02 | 1 | 281-980-0000 | A | 2 | 0982 | B | 0SW5 | 281240 | 151 | A | |
| 720 | 08/02/08 | 281-980-4950 | | 22:11:53 | 281-236-9999 | 110120 | 0003:19:8 | 1 | 9 | 02 | 0 | | A | 2 | 0000 | B | 0297 | 530713 | C21 | R | |
| 119 | 08/04/08 | 281-980-4950 | | 19:45:27 | 615-799-1509 | 110101 | 0001:20:9 | 1 | 0 | 03 | 0 | | A | 2 | 0000 | B | 0297 | 281980 | 047 | R | |
| 720 | 08/04/08 | 281-980-4950 | | 13:22:17 | 334-257-3715 | 110101 | 0000:31:7 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | 053 | A | |
| 720 | 08/04/08 | 281-980-4950 | | 14:44:13 | 903-675-6004 | 110101 | 0000:33:2 | 1 | 0 | 02 | 0 | | A | 2 | 0879 | D | 0555 | 281980 | 497 | A | |
| 720 | 08/05/08 | 281-980-4950 | | 11:49:36 | 713-724-3838 | 110120 | 0000:38:7 | 1 | 3 | 02 | 0 | | A | 2 | 0000 | B | 0432 | 281980 | C47 | R | |
| 119 | 08/05/08 | 281-980-4950 | | 11:49:44 | 281-723-0004 | 110101 | 0000:38:8 | 1 | 0 | 02 | 0 | 281-980-0000 | A | 2 | 0836 | D | 0288 | 281240 | C47 | R | |
| 720 | 08/05/08 | 281-980-4950 | | 16:31:46 | 818-705-5033 | 110101 | 0000:39:3 | 1 | 0 | 02 | 0 | | A | 2 | 0000 | B | 0296 | 106713 | 066 | A | |
| 720 | 08/05/08 | 281-980-4950 | | 16:54:12 | 281-652-6155 | 110101 | 0000:30:7 | 1 | 0 | 02 | 1 | 281-980-0000 | A | 2 | 0982 | B | 0SW5 | 281240 | 151 | A | |
| 720 | 08/05/08 | 281-980-4950 | | 16:54:21 | 281-236-9999 | 110120 | 0000:31:3 | 1 | 9 | 02 | 0 | | A | 2 | 0982 | B | 0SW5 | 281980 | C21 | R | |
| 119 | 08/05/08 | 281-980-4950 | | 17:32:41 | 000-000-0000 | 110101 | 0000:30:4 | 1 | 0 | 02 | 0 | | A | 2 | 0879 | D | 0555 | 530713 | C21 | R | |
| 119 | 08/05/08 | 281-980-4950 | | 18:54:53 | 713-442-0000 | 110101 | 0000:46:1 | 1 | 0 | 02 | 0 | | A | 2 | 0934 | D | 0BR9 | 281980 | 151 | A | |
| 120 | 08/06/08 | 281-980-4950 | | 20:51:08 | 304-320-3004 | 110101 | 0002:53:1 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | M10 | A | |
| 119 | 08/06/08 | 281-980-4950 | | 20:54:29 | 304-320-3004 | 110101 | 0001:52:6 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | M10 | A | |
| 119 | 08/06/08 | 281-980-4950 | | 22:06:08 | 304-320-3004 | 110101 | 0001:22:2 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | M10 | A | |
| 720 | 08/06/08 | 281-980-4950 | | 21:58:25 | 304-320-3004 | 110101 | 0013:22:2 | 1 | 0 | 02 | 0 | | A | 2 | 0836 | D | 0288 | 281980 | M10 | A | |
| 720 | 08/06/08 | 281-980-4950 | | 23:13:13 | 713-702-7667 | 110101 | 0000:22:5 | 1 | 0 | 02 | 0 | | A | 2 | 0945 | B | 0SW5 | 281240 | C47 | A | |
| 720 | 08/07/08 | 281-980-4950 | | 23:13:21 | 281-723-0004 | 110101 | 0000:22:6 | 1 | 0 | 02 | 1 | 281-980-0000 | A | 2 | 0000 | B | 0296 | 106713 | C47 | R | |
| 720 | 08/07/08 | 281-980-4950 | | 08:59:43 | 713-702-7667 | 110101 | 0002:15:3 | 1 | 0 | 02 | 0 | | A | 2 | 0945 | B | 0SW5 | 281240 | C47 | A | |
| 720 | 08/07/08 | 281-980-4950 | | 08:59:52 | 281-723-0004 | 110120 | 0002:15:5 | 1 | 3 | 02 | 0 | 281-980-0000 | A | 2 | 0000 | B | 0296 | 106713 | C47 | R | |
| 119 | 08/07/08 | 281-980-4950 | | 09:36:34 | 417-877-2602 | 110101 | 0001:13:5 | 1 | 0 | 02 | 0 | | A | 2 | 1815 | D | 0222 | 281980 | 157 | A | |
| 720 | 08/07/08 | 281-980-4950 | | 09:48:01 | 000-000-0000 | 110101 | 0000:45:5 | 1 | 0 | 02 | 0 | | A | 2 | 1815 | D | 0222 | 281980 | C47 | A | |
| 119 | 08/07/08 | 281-980-4950 | | 10:40:21 | 713-702-7667 | 110101 | 0000:59:6 | 1 | 0 | 02 | 1 | | A | 2 | 0945 | B | 0SW5 | 281240 | C47 | A | |
| 720 | 08/07/08 | 281-980-4950 | | 10:40:30 | 281-723-0004 | 110120 | 0000:59:7 | 1 | 3 | 02 | 0 | 281-980-0000 | A | 2 | 0000 | B | 0296 | 106713 | C47 | R | |