UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v.                                          NO. 1:09-00270

THOMAS CREIGHTON SHRADER

### STIPULATION

The United States of America and Defendant Thomas C. Shrader stipulate to the authenticity of the call records for phone number 304.320.3004 for the time period January 1, 2008 through December 20, 2008 produced by AT&T, which have been numbered by the United States as documents numbered GOV 000203-000208; 000211-000287.

_____   _____
Christian M. Capece              THOMAS C. RYAN
Assistant Federal Public          Assistant United States
Defender                         Attorney


_____
Thomas C. Shrader
Defendant

