Case 1:09-cr-00270   Document 308-3   Filed 08/24/10   Page 1 of 1

| | | |
|---|---|---|
| Page: | A | 11 of 13 |
| Billing Cycle Date: | | 07/21/08 - 08/20/08 |
| Account Number: | | 418002252151 |

# Call Detail (Continued)   304-320-3004
**User Name: CAROL A. MILLER**

Rate Code: DBA9=900 Anytime Mins, DBUN=Unlimited N&W, DBMM=MOBILE TO MOBILE
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: VM=MESSAGE PLUS, CW=CALL WAITING, M2MC=EXPANDED M2M

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | | 08/01 | 7:43PM | 304-320-2774 | BLUEFI WV | 2 | DBMM | DT | M2MC | | | 0.00 |
| 60 | | 08/01 | 7:45PM | 304-320-2774 | BLUEFI WV | 2 | DBMM | DT | M2MC | | | 0.00 |
| 61 | | 08/01 | 11:50PM | 304-888-0187 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 62 | SAT | 08/02 | 2:01AM | 804-662-5825 | RICHMO VA | 1 | DBUN | NW | | | | 0.00 |
| 63 | | 08/02 | 12:55PM | 304-952-6546 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 64 | | 08/02 | 12:58PM | 304-952-8546 | INCOMI CL | 4 | DBUN | NW | | | | 0.00 |
| 65 | | 08/02 | 1:04PM | 304-320-2774 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 66 | SUN | 08/03 | 2:48PM | 304-623-2486 | CLARKS WV | 5 | DBUN | NW | | | | 0.00 |
| 67 | | 08/03 | 9:15PM | 804-662-5825 | RICHMO VA | 3 | DBUN | NW | | | | 0.00 |
| 68 | MON | 08/04 | 10:17AM | 304-952-1373 | BLUEFI WV | 1 | DBA9 | DT | | | | 0.00 |
| 69 | | 08/04 | 11:54PM | 304-327-0020 | BLUEFI WV | 15 | DBUN | NW | | | | 0.00 |
| 70 | TUE | 08/05 | 12:19AM | 304-327-0020 | BLUEFI WV | 9 | DBUN | NW | | | | 0.00 |
| 71 | | 08/05 | 12:29AM | 304-327-0020 | BLUEFI WV | 7 | DBUN | NW | | | | 0.00 |
| 72 | | 08/05 | 3:00PM | 304-425-1453 | INCOMI CL | 1 | DBA9 | DT | | | | 0.00 |
| 73 | | 08/05 | 7:19PM | 304-327-2700 | BLUEFI WV | 5 | DBA9 | DT | | | | 0.00 |
| 74 | | 08/05 | 7:24PM | 304-327-2700 | BLUEFI WV | 1 | DBA9 | DT | | | | 0.00 |
| 75 | | 08/05 | 7:25PM | 304-327-2700 | BLUEFI WV | 3 | DBA9 | DT | | | | 0.00 |
| 76 | | 08/05 | 8:27PM | 304-327-0020 | BLUEFI WV | 7 | DBA9 | DT | | | | 0.00 |
| 77 | WED | 08/06 | 2:48PM | 304-952-5133 | BLUEFI WV | 3 | DBA9 | DT | | | | 0.00 |
| 78 | | 08/06 | 8:16PM | 304-327-0020 | INCOMI CL | 3 | DBA9 | DT | | | | 0.00 |
| 79 | | 08/06 | 9:47PM | 281-980-4980 | SUGAR TX | 1 | DBUN | NW | | | | 0.00 |
| 80 | | 08/06 | 9:51PM | 281-980-4950 | SUGAR TX | 3 | DBUN | NW | | | | 0.00 |
| 81 | | 08/06 | 9:54PM | 281-980-4950 | SUGAR TX | 3 | DBUN | NW | | | | 0.00 |
| 82 | | 08/06 | 10:06PM | 281-980-4950 | SUGAR TX | 2 | DBUN | NW | | | | 0.00 |
| 83 | | 08/06 | 10:42PM | 304-320-2774 | BLUEFI WV | 1 | DBUN | NW | | | | 0.00 |
| 84 | | 08/06 | 10:58PM | 281-980-4950 | SUGAR TX | 14 | DBUN | NW | | | | 0.00 |
| 85 | THU | 08/07 | 6:44AM | 407-771-0878 | INCOMI CL | 1 | DBA9 | DT | | | | 0.00 |
| 86 | | 08/07 | 11:59AM | 304-320-2774 | INCOMI CL | 7 | DBMM | DT | M2MC | | | 0.00 |
| 87 | | 08/07 | 1:37PM | 804-662-5825 | RICHMO VA | 3 | DBA9 | DT | | | | 0.00 |
| 88 | | 08/07 | 6:41PM | 304-320-2774 | BLUEFI WV | 1 | DBMM | DT | M2MC | | | 0.00 |
| 89 | FRI | 08/08 | 12:31PM | 304-589-7799 | BLUEWE WV | 2 | DBA9 | DT | | | | 0.00 |
| 90 | | 08/08 | 1:48PM | 804-662-5825 | RICHMO VA | 2 | DBA9 | DT | | | | 0.00 |
| 91 | | 08/08 | 2:13PM | 304-922-7647 | INCOMI CL | 2 | DBA9 | DT | | | | 0.00 |
| 92 | | 08/08 | 6:46PM | 304-952-6546 | BLUEFI WV | 1 | DBA9 | DT | | | | 0.00 |
| 93 | | 08/08 | 6:47PM | 304-324-2214 | BLUEFI WV | 1 | DBA9 | DT | | | | 0.00 |
| 94 | | 08/08 | 6:48PM | 304-324-2214 | BLUEFI WV | 1 | DBA9 | DT | | | | 0.00 |
| 95 | | 08/08 | 7:43PM | 304-320-2774 | BLUEFI WV | 1 | DBMM | DT | M2MC | | | 0.00 |
| 96 | | 08/08 | 8:08PM | 304-952-6546 | INCOMI CL | 1 | DBA9 | DT | | | | 0.00 |
| 97 | | 08/08 | 9:17PM | 304-320-2774 | BLUEFI WV | 1 | DBUN | NW | | | | 0.00 |
| 98 | | 08/08 | 11:52PM | 304-228-6879 | INCOMI CL | 2 | DBUN | NW | | | | 0.00 |
| 99 | SAT | 08/09 | 10:31AM | 304-589-7799 | BLUEWE WV | 1 | DBUN | NW | | | | 0.00 |
| 100 | | 08/09 | 12:08PM | 304-952-6546 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 101 | | 08/09 | 12:10PM | 304-952-6546 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 102 | | 08/09 | 12:30PM | 800-982-2274 | 800 To CL | 3 | DBUN | NW | | | | 0.00 |
| 103 | | 08/09 | 2:11PM | 304-327-0020 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 104 | | 08/09 | 6:47PM | 804-662-5825 | RICHMO VA | 2 | DBUN | NW | | | | 0.00 |
| 105 | | 08/09 | 9:42PM | 304-228-6879 | INCOMI CL | 1 | DBUN | NW | | | | 0.00 |
| 106 | | 08/09 | 9:44PM | 304-228-6879 | BECKLE WV | 1 | DBUN | NW | | | | 0.00 |
| 107 | | 08/09 | 9:45PM | 304-888-0187 | INCOMI CL | 2 | DBUN | NW | | | | 0.00 |
| 108 | | 08/09 | 11:37PM | 800-982-2274 | 800 To CL | 2 | DBUN | NW | | | | 0.00 |
| 109 | | 08/09 | 11:40PM | 800-982-2274 | 800 To CL | 4 | DBUN | NW | | | | 0.00 |
| 110 | | 08/09 | 11:45PM | 804-662-5825 | RICHMO VA | 2 | DBUN | NW | | | | 0.00 |
| 111 | SUN | 08/10 | 4:57PM | 804-662-5825 | RICHMO VA | 2 | DBUN | NW | | | | 0.00 |
| 112 | | 08/10 | 7:00PM | 304-320-2774 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |



GOVERNMENT EXHIBIT
19
1:09-CR-270