# INVOICE

764735
06/08/2010
TELEGENCE



| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | | 06/26 | 11:57AM | 304-320-3004 | INCOMI CL | 8 | DBA9 | DT | | | | 0.00 |
| 55 | | 06/26 | 2:34PM | 304-887-7651 | DOMEST CL | 6 | DBMM | DT | M2MC | | | 0.00 |
| 56 | | 06/26 | 6:58PM | 866-892-9268 | DOMEST CL | 2 | DBA9 | DT | | | | 0.00 |

Billing Cycle Date: 06/21/08 - 07/20/08
Account Number: 418002252151
304-320-3004

Call Detail (Continued)
User Name: CAROL A. MILLER
Rate Code: DBUN=Unlimited N&W, DBA9=900 Anytime Mins, DBMM=MOBILE TO MOBILE
Rate Period (PD): NW=Nwknd, DT=Daytime
Feature: VM=MESSAGE PLUS, M2MC=EXPANDED M2M, CW=CALL WAITING

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | | 06/26 | 9:31PM | 800-982-2274 | DOMEST CL | 3 | DBUN | NW | | | | 0.00 |
| 58 | FRI | 06/27 | 11:04AM | 304-952-1373 | DOMEST CL | 2 | DBA9 | DT | | | | 0.00 |
| 59 | | 06/27 | 11:08AM | 304-952-1373 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 60 | | 06/27 | 11:46AM | 304-952-1373 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 61 | | 06/27 | 11:51AM | 304-320-3004 | INCOMI CL | 3 | DBA9 | DT | | | | 0.00 |
| 62 | | 06/27 | 11:56AM | 304-327-0020 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 63 | | 06/27 | 12:23PM | 304-320-3004 | INCOMI CL | 1 | DBA9 | DT | | | | 0.00 |
| 64 | | 06/27 | 12:50PM | 304-327-8684 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 65 | | 06/27 | 3:47PM | 304-327-0020 | DOMEST CL | 2 | DBA9 | DT | | | | 0.00 |
| 66 | | 06/27 | 3:49PM | 304-327-8684 | DOMEST CL | 2 | DBA9 | DT | | | | 0.00 |
| 67 | | 06/27 | 3:51PM | 304-327-8549 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 68 | | 06/27 | 3:54PM | 304-327-5694 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 69 | | 06/27 | 3:55PM | 304-248-8020 | DOMEST CL | 2 | DBA9 | DT | | | | 0.00 |
| 70 | | 06/27 | 4:05PM | 304-327-5694 | DOMEST CL | 2 | DBA9 | DT | | | | 0.00 |
| 71 | | 06/27 | 4:26PM | 866-892-9268 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 72 | | 06/27 | 4:28PM | 304-323-2461 | DOMEST CL | 1 | DBA9 | DT | | | | 0.00 |
| 73 | | 06/27 | 6:29PM | 304-320-3004 | INCOMI CL | 3 | DBA9 | DT | | | | 0.00 |
| 74 | SAT | 06/28 | 1:58PM | 304-320-3004 | INCOMI CL | 1 | DBUN | NW | | | | 0.00 |
| 75 | | 06/28 | 2:26PM | 800-982-2274 | DOMEST CL | 1 | DBUN | NW | | | | 0.00 |
| 76 | | 06/28 | 5:47PM | 304-327-0020 | INCOMI CL | 1 | DBUN | NW | | | | 0.00 |
| 77 | | 06/28 | 7:38PM | 304-952-1373 | INCOMI CL | 2 | DBUN | NW | | | | 0.00 |
| 78 | | 06/28 | 8:38PM | 304-320-2774 | BLUEFI WV | 1 | DBUN | NW | | | | 0.00 |
| 79 | | 06/28 | 8:43PM | 304-320-2774 | INCOMI CL | 8 | DBUN | NW | | | | 0.00 |
| 80 | SUN | 06/29 | 7:58AM | 304-589-3827 | INCOMI CL | 1 | DBUN | NW | | | | 0.00 |
| 81 | | 06/29 | 1:16PM | 800-982-2274 | 800 To CL | 2 | DBUN | NW | | | | 0.00 |
| 82 | | 06/29 | 8:40PM | 304-327-0020 | INCOMI CL | 5 | DBUN | NW | | | | 0.00 |
| 83 | | 06/29 | 9:03PM | 304-320-3004 | VMAIL CL | 3 | DBUN | NW | VM | | | 0.00 |
| 84 | | 06/29 | 9:06PM | 304-952-1373 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 85 | | 06/29 | 9:08PM | 304-952-1373 | BLUEFI WV | 2 | DBUN | NW | | | | 0.00 |
| 86 | | 06/29 | 9:36PM | 304-888-0187 | INCOMI CL | 2 | DBUN | NW | | | | 0.00 |
| 87 | | 06/29 | 11:41PM | 304-589-3827 | BLUEWE WV | 2 | DBUN | NW | | | | 0.00 |
| 88 | MON | 06/30 | 8:40AM | 304-589-3827 | INCOMI CL | 1 | DBA9 | DT | | | | 0.00 |
| 89 | | 06/30 | 10:12AM | 804-662-5825 | RICHMO VA | 1 | DBA9 | DT | | | | 0.00 |
| 90 | | 06/30 | 2:01PM | 304-952-1373 | BLUEFI WV | 2 | DBA9 | DT | | | | 0.00 |
| 91 | | 06/30 | 2:26PM | 304-327-0020 | INCOMI CL | 3 | DBA9 | DT | | | | 0.00 |
| 92 | | 06/30 | 2:40PM | 304-327-8684 | BLUEFI WV | 3 | DBA9 | DT | | | | 0.00 |
| 93 | | 06/30 | 2:44PM | 800-446-2255 | 800 To CL | 15 | DBA9 | DT | | | | 0.00 |
| 94 | | 06/30 | 4:53PM | 304-922-7847 | INCOMI CL | 2 | DBA9 | DT | | | | 0.00 |
| 95 | | 06/30 | 5:10PM | 304-922-7847 | INCOMI CL | 7 | DBA9 | DT | | | | 0.00 |
| 96 | | 06/30 | 5:18PM | 304-327-6184 | BLUEFI WV | 1 | DBA9 | DT | | | | 0.00 |
| 97 | | 06/30 | 5:43PM | 304-327-0020 | BLUEFI WV | 1 | DBA9 | DT | | | | 0.00 |
| 98 | | 06/30 | 9:10PM | 304-327-0020 | INCOMI CL | 2 | DBUN | NW | | | | 0.00 |
| 99 | TUE | 07/01 | 8:51AM | 304-589-3827 | INCOMI CL | 2 | DBA9 | DT | | | | 0.00 |
| 100 | | 07/01 | 10:59AM | 804-662-5825 | RICHMO VA | 1 | DBA9 | DT | | | | 0.00 |
| 101 | | 07/01 | 6:25PM | 304-320-3004 | VMAIL CL | 2 | DBA9 | DT | VM | | | 0.00 |
| 102 | | 07/01 | 7:15PM | 304-320-0188 | INCOMI CL | 5 | DBMM | DT | M2MC | | | 0.00 |
| 103 | | 07/01 | 7:59PM | 304-589-3827 | INCOMI CL | 2 | DBA9 | DT | | | | 0.00 |
| 104 | | 07/01 | 8:40PM | 304-623-2486 | INCOMI CL | 7 | DBA9 | DT | | | | 0.00 |
| 105 | | 07/01 | 9:48PM | 304-589-3827 | BLUEWE WV | 1 | DBUN | NW | | | | 0.00 |
| 106 | | 07/01 | 10:50PM | 304-327-0020 | INCOMI CL | 5 | DBUN | NW | | | | 0.00 |
| 107 | WED | 07/02 | 8:59AM | 304-589-3827 | INCOMI CL | 1 | DBA9 | DT | | | | 0.00 |
| 108 | | 07/02 | 11:46AM | 304-325-6558 | BLUEFI WV | 2 | DBA9 | DT | | | | 0.00 |
| 109 | | 07/02 | 12:54PM | 304-327-0020 | BLUEFI WV | 3 | DBA9 | DT | | | | 0.00 |
| 110 | | 07/02 | 3:58PM | 804-662-5825 | RICHMO VA | 1 | DBA9 | DT | | | | 0.00 |

Billing Cycle Date: 06/21/08 - 07/20/08
Account Number: 418002252151
304-320-3004

Call Detail (Continued)
User Name: CAROL A. MILLER
Rate Code: DBUN=Unlimited N&W, DBA9=900 Anytime Mins, DBMM=MOBILE TO MOBILE

AT&T Proprietary
The information contained here is for use by authorized person only
and is not for general distribution.

FEC



GOVERNMENT EXHIBIT 20 1:09-CR-270

Page 9

GOV-000280