UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**UNITED STATES OF AMERICA**

v.                               CRIMINAL ACTION NO. 1:09-000270

**THOMAS CREIGHTON SHRADER**

### RESPONSE OF THE UNTIED STATES
### TO ORDER ENTERED ON AUGUST 23, 2010

Comes now the United States of America, by Thomas C. Ryan, Assistant United States Attorney for the Southern District of West Virginia, and hereby responds to the Court's Order entered on August 23, 2010 by providing redacted copies of Trial Exhibits 6, 10A, 11A and 12A.

                                      R. BOOTH GOODWIN
                                      United States Attorney

By: /s/ *Thomas C. Ryan*
     THOMAS C. RYAN
     Assistant United States Attorney
     WV Bar No. 9883
     United States Attorney's Office
     300 Virginia Street East, Room 4000
     Charleston, WV  25301
     Email: thomas.ryan@usdoj.gov

CERTIFICATE OF SERVICE

    I certify that the "RESPONSE OF UNITED STATES TO ORDER ENTERED ON AUGUST 23, 2010" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing today, September 16, 2010 to:

        Christian M. Capece
        Assistant Federal Public Defender
        Christian_Capece@fd.org
        300 Virginia Street, East, Room 3400
        Charleston, WV  25301


        /s/ *Thomas C. Ryan*
        THOMAS C. RYAN, WV Bar No. 9883
        Assistant United States Attorney
        United States Attorney's Office
        300 Virginia Street East, Room 4000
        Charleston, WV  25301
        Email: thomas.ryan@usdoj.gov