425-2101

EARLS

BLUEFIELD  WV  24701

1 LBS   1 OF 1
SHP WT: 1 LBS
DATE: 26 OCT 2009

SHIP   DOLORES  STANLEY
TO:

SUGAR LAND   TX 77479-2059

TX 774 9-11

UPS GROUND
TRACKING #: 1Z 291 X74 42 3157 1574

BILLING: P/P
SIGNATURE REQUIRED

ISH 10.00 E2844 93.5A 07/2009

U.P.S Driver:

\* In Person Signature "Dolores Stanley"

1Z291X74423157 1574
OCT 30 03:39:39 2009

910-7768
P: TRED   S: 910C   1: S18

DOLORES STANLEY
4619 SUNSHINE DR
SUGAR LAND TX 77479-2059