Thomas

Moundsville, W. Va.
26041





Mr. Mark Skypack

Triadelphia, W. Va.
26059



May 3, 1987

4:07 P.M.

Dear Mark,

Even though it has been over 24 hours since we talked, I still feel humbled and deeply touched. Thank you so very much!

Enclosed is a check for $1.00 for payment of the telephone call, as you were gracious enough to accept the charges. I know you told me to forget it, but you were good enough to show me this kindness, so it's the very least I can do.

I was informed that local calls just cost 85¢ and you can talk for as long as you want to for this price. If my information is incorrect, please let me know and I will make up the difference.

Thomas