Thomas Creighton Shrader

Moundsville, W.Va.
    26041

RETURN CARD REQUESTED

CERTIFIED

P 050 845 348

MAIL

MR. MARK SKYPACK

TRIADELPHIA, W.VA.
    26059

MAY 6 1987