

Thomas C. Shrader
Moundsville, W. Va.
26041

CERTIFIED MAIL
P 050 845 715

Mr. Mark Skypack
Triadelphia, W. Va.
2605

PHILADELPHIA, WV
NOV 20 1987
1ST Notice
2ND Notice
Return
Detached from PS Form 3849-A, Oct. 1986