10/8/10

10-4195   tat

RECEIVED

2010 OCT 15   AM 9: 59

U.S. COURT OF APPEALS
FOURTH CIRCUIT

Thomas C. Shrader
1200 Airport Road
Beaver, WV 25-813

FILED

OCT 22 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Patricia S. Connor
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Dear Ms. Connor,
        Thank you for your letter of October 6, 2010.
        My letter/petition to Judge Gregory was meant in and of itself as what I have come to learn would be called an interlocutory appeal. As on Page 6 I asked if that said letter could be accepted as a Petition.? Please review pg. 6 of that letter.
        Ms. Connor, the only family I have is my 86 yr. old sister on a fixed income. She really needs me at home to take care of her.
        My letter/Petition speaks for itself. If the cited case laws are applied and adhered to. I'm only trying to nip this case in the bud so justice will be done now and not 2 or 3 years in the future when by then my sister could have passed away.

My alledged crime. I wrote one (1) letter to my ex-fiancee of 35 years ago. Wanting some answer's to some question's and also letting her know that my soul was more important than covering up a lie for her. Being up in age now (56 yrs old) when alot of people start dying natural deaths. I was being honest and truthful with her that I would not cover up for her anymore.

Her husband intercepted and kept the letter and had the F.B.I. to get me for stalking. From only one letter!

That is what my letter/petition to the 4th Circuit Court per to Judge Gregory was about. Her husbands actions under Texas law made him the equivilant of a state law enforcement officer and his actions violated my 4th Amendment rights to unlawful search and seizure. So the charges should be dismissed and everything thereafter as fruit of the poison tree.

Any help you could provide in seeing that I should have a hearing on my Pro Se Motion to Supress Evidence as reffered to in my letter/petition to Judge Gregory would be greatly appreciated. Thank you!

So my 15 Sincerely,

P.S. = Will Not be sentenced until 11/18/10, case still opened. Thomas C. Shrader

Thomas C. Shrader
1200 Airport Road
Beaver, WV 25813

ATTN: Patricia S. Connor

Legal Mail

CHARLESTON WV 250

The Writer of this letter
is an inmate of the
SOUTHERN REGIONAL JAIL
Beaver, WV 25813

INSPECTED

Patricia S. Connor
U.S. Court of Appeals "Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia
U.S. COURTS
23219-3517