48178

..........CIRCUIT.......... COURT OF ........McDOWELL...................... COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA
v.
.......... THOMAS CREIGHTON SHRADER ...........     No.

On this ......7th... day of ......March........................, 19..77. came the attorney for the state and the defendant appearing in person and  by his attorney, Peter C. Anderson,

IT IS ADJUDGED that the defendant has been convicted      (found guilty by a jury)
(upon plea of guilty)

of the offense of      jail escape

as charged

and the Court having asked the defendant whether he has anything to say why judgment should

not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that the defendant is hereby committed to the custody of the

Warden of the West Virginia Penitentiary      or      his xxxxxx

Superintendent of the West Virginia State Prison for Women

authorized representative for imprisonment for a period of  one year

CONVICTION DATE:  March 7, 1977

SENTENCE DATE:   March 7, 1977

EFFECTIVE SENTENCE DATE:  Confinement to commence at the expiration of the present sentences defendant is now serving     W. Va. Code 61-5-10

IT IS ORDERED that the Clerk forthwith transmit this record, duly certified, of the

judgment and commitment to the

Warden of the West Virginia Penitentiary
Superintendent of the West Virginia State Prison for Women
and that this record serve as the commitment of the defendant.

......McDowell........................... COUNTY,

JUDGE

A TRUE COPY.  Certified this .................... 8th .... day of .... March ...........................  19..77.

SEAL

CLERK      Superior-Welch X

By:.................................
DEPUTY CLERK

GOVERNMENT EXHIBIT
B

IN THE CIRCUIT COURT OF McDOWELL COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

v.                                                    FELONY NO.  76-F-31

THOMAS CREIGHTON SHRADER

## O R D E R

    On the 7th day of March, 1977, came the State of West Virginia by Wade T. Watson, Prosecuting Attorney of McDowell County, and also came Thomas Creighton Shrader, in person and by his attorney, Peter C. Anderson.

    Whereupon, the parties advised the Court that the defendant wished to change his plea from not guilty to the indictment herein to guilty as charged.  The Prosecuting Attorney advised the Court that in return for the defendant's plea of guilty as charged that he would not file an information against the defendant in regard to the three prior felonies to which defendant had entered guilty pleas on January 20, 1976.

    Whereupon, the Court advised the defendant of the nature and consequences of his plea and upon ascertaining that the defendant understood the nature and consequences of his plea, the Court read the indictment to the defendant, after which the defendant pleaded guilty as charged in the within indictment.

GOV-000107

The Court then found the defendant guilty upon his plea.

It is therefore ORDERED that the defendant be confined in the West Virginia Penitentiary for Men for a period of one year, which sentence shall commence at the expiration of the present sentences which defendant is serving.

It is further ORDERED that the defendant, Thomas Creighton Shrader, be held in the McDowell County Jail in Welch, West Virginia, until such time as the Warden of the West Virginia Penitentiary, or his duly authorized representative, can transport him to Moundsville, West Virginia.

ENTER: This _7th_ day of March, 1977.

_____
Judge

A TRUE COPY TESTE
FRANCIS SPENCER CLERK
BY_____

GOV-000108

SHRADER, THOMAS – 48+78

4 A+B) 2. LIFE W/ CC C) discharged D) CS to
A+B)

5 Paroled LWP 12/23/93

6 Discharged 12-20-93
Discharged Sent. 2/5/99

MAX life W

2-
4-7-81    4-19-18

½ Dental A&T ½ Labor
D-M-20 RW

8-28-97    Sno Neop
D-7-1-77    D-7-8 DSR
J-4-77    Sno Neop

Life

Per 7-93 (Rescheduled)

**48178**

Name SHRADER, Thomas Creighton

County McDowell

Crime A&B Murder 1st Degree
(B) Unlawful Wounding
(B) Escape

Conviction 1-20-76 (3-7-77)    Sent. Eff. 7-16-75
Exp. of. A+B.

Sentenced 1-20-76 (3-7-77)    Received 1-30-76

Full Time Life    Expiration Death  D 2/89 D 3/88

Term Given Life w/mercy (2) CC  G 11-93  Recom. Sent. Cmo 3/86 D 2/23/87
A B
1 Yr. CC    10 mo. 6.0 3/90    Mat 86
Race (c) 1 yr. C.S.  D    For Parole Apr 1986
Caucasian    (cm 1-91)  JK 7/910 7/92
7C

Hold For    4mo 19 days Street Time Escape
53 days Jail Time on Esc credited 2-12-86    NO. 9994
5-93 FC    SS NO.

Age 21    Height 6-0    Weight 155    Complexion Fair

Color Eyes Green    Hair Black    Marital Status Single

Occupation Coal Miner    Birthplace Bluefield, W.Va.

D.O.B.

Religion Protestant    Education 12 th grade

Military None

Address of Parents, Relatives or Friend. F-Father M-Mother S-Sister X-Friend W-Wife.

M: Lila Shrader, Box 3, Duhring, W.Va.

FBI NO.    CIB NO. 158297

197 276 P10



SHRADER THOS

MARKS SCARS & TATTOOS

Tattoos; none
Scars:1" scar on rt. ½ arm.

Date: 2-2-76

RE: SHRADER, Thomas C.  48178

NOTIFY IMMEDIATELY SHOULD THE  242-4119

| | | | Penalty |
|---|---|---|---|
| 6-7-76 | 1. | Escaped from OTC McDowell Co. App. Dallas, Texas, Ret.Pittsburg,Pa. by State Police,WVP Officers ret. him to WVP 10-26-76. | |