IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

PARTIAL TRANSCRIPT OF PROCEEDINGS

```
------------------------------x
                              :
UNITED STATES OF AMERICA,     :     CRIMINAL ACTION
                              :     NO. 1:09-CR-00270
vs.                           :
                              :
THOMAS CREIGHTON SHRADER,     :     August 17, 2010
                              :
          Defendant.          :
                              :
------------------------------x
```

TESTIMONY OF DOLORES STANLEY

BEFORE THE HONORABLE IRENE C. BERGER
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the United States:          MR. JOHN L. FILE
                                United States Attorney's Office
                                110 Heber Street, Room 261
                                Beckley, WV  25801


                                MR. THOMAS C. RYAN
                                Assistant U.S. Attorney
                                P.O. Box 1713
                                Charleston, WV  25326-1713


For the Defendant:              MR. CHRISTIAN M. CAPECE
                                MR. GEORGE H. LANCASTER, JR.
                                Federal Public Defender's
                                Office
                                300 Virginia Street, East
                                Charleston, WV  25301



Court Reporter:                 Lisa A. Cook, RPR-RMR-CRR-FCRR

Proceedings recorded by mechanical stenography; transcript produced by computer.


GOVERNMENT EXHIBIT C

1  A.   I did.

2  Q.   Where were you looking -- where, where in the house

3  were you standing where you could see him?

4  A.   My mother and I had ran to the living room and we could

5  see him through the window of the living room shooting the

6  front door to get through the front door, the foyer door

7  there as you came into the house.

8  Q.   What type of gun did the defendant have?

9  A.   I'm not sure of the gun. I know it was a hunting

10 rifle.

11 Q.   Why -- what was your understanding of why he was

12 shooting at the door?

13 A.   To get into the house.

14 Q.   What happened next?

15 A.   He shot through the next door and came into the kitchen

16 and went into the side room where Rusty and Danny was. And

17 he shot Rusty, and then he came into the living room where

18 mom and I was.

19 Q.   Dolores, what happened then?

20 A.   He just started shooting. And my instinct -- I ran

21 through the door and I was zigzagging to prevent him from

22 hitting me. He was running after me shooting.

23 Q.   Where did you run?

24 A.   I ran to my neighbor's.

25 Q.   While you were running, were there any shots?