IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

PARTIAL TRANSCRIPT OF PROCEEDINGS

------------------------------x
                              :
UNITED STATES OF AMERICA,     :    CRIMINAL ACTION
                              :    NO. 1:09-CR-00270
vs.                           :
                              :
THOMAS CREIGHTON SHRADER,     :    August 17, 2010
                              :
        Defendant.            :
                              :
------------------------------x

TESTIMONY OF DOLORES STANLEY

BEFORE THE HONORABLE IRENE C. BERGER
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the United States:    MR. JOHN L. FILE
                          United States Attorney's Office
                          110 Heber Street, Room 261
                          Beckley, WV  25801


                          MR. THOMAS C. RYAN
                          Assistant U.S. Attorney
                          P.O. Box 1713
                          Charleston, WV  25326-1713


For the Defendant:        MR. CHRISTIAN M. CAPECE
                          MR. GEORGE H. LANCASTER, JR.
                          Federal Public Defender's
                          Office
                          300 Virginia Street, East
                          Charleston, WV  25301


Court Reporter:           Lisa A. Cook, RPR-RMR-CRR-FCRR

Proceedings recorded by mechanical stenography; transcript produced by computer.

GOVERNMENT EXHIBIT D

Dolores Stanley - Direct                                              35

1  A.  Yes.

2  Q.  Who are your neighbors?

3  A.  The Kowalskies, Charles Kowalski and his family.

4  Q.  Did you make it to the Kowalskies?

5  A.  I did. I ran into the kitchen. He was still shooting.

6  He shot through their kitchen door. I don't -- it wasn't

7  locked, but he was continuing to shoot. And he struck

8  Mr. Kowalski's son in the arm. They did get him down and

9  was able to tie him up.

10 Q.  After he was -- were they able to get the gun from him?

11 A.  Yes, they did.

12 Q.  What did you do next?

13 A.  Well, I went back to the house and my -- I found mom

14 laying in the floor. And Rusty -- Danny was taking care of

15 Rusty, and I went in. The trooper came over to help mom and

16 he kept -- she kept asking, "Where's my daughter?" And he

17 said, "She's right here." I said, "Mom, I'm here." And I

18 said, "Mom, are you hurting?" And she said, "I feel kind of

19 cold." And she asked me to get her Rosary. I'm sorry.

20 Q.  Dolores, did the ambulance eventually arrive?

21 A.  Yes.

22 Q.  Was your mother taken to the hospital?

23 A.  Yes.

24 Q.  What happened to Rusty that day?

25 A.  Rusty lived a little while. He died at my home.