IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

PARTIAL TRANSCRIPT OF PROCEEDINGS

```
-----------------------------x
                             :
UNITED STATES OF AMERICA,    :        CRIMINAL ACTION
                             :        NO. 1:09-CR-00270
vs.                          :
                             :
THOMAS CREIGHTON SHRADER,    :        August 17, 2010
                             :
          Defendant.         :
                             :
-----------------------------x
```

TESTIMONY OF DOLORES STANLEY

BEFORE THE HONORABLE IRENE C. BERGER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the United States:          MR. JOHN L. FILE
                                United States Attorney's Office
                                110 Heber Street, Room 261
                                Beckley, WV  25801

                                MR. THOMAS C. RYAN
                                Assistant U.S. Attorney
                                P.O. Box 1713
                                Charleston, WV  25326-1713

For the Defendant:              MR. CHRISTIAN M. CAPECE
                                MR. GEORGE H. LANCASTER, JR.
                                Federal Public Defender's
                                Office
                                300 Virginia Street, East
                                Charleston, WV  25301

Court Reporter:                 Lisa A. Cook, RPR-RMR-CRR-FCRR

Proceedings recorded by mechanical stenography; transcript
produced by computer.


GOVERNMENT
EXHIBIT
E

Dolores Stanley - Direct

1    lungs, bye-bye sternum and some ribs. With Rusty already

2    shot, although at that time I did not know your mother or

3    mom had gotten shot, you have to be honest right now at this

4    time with the following fact which is the truth. There was

5    nothing, absolutely nothing to keep me from shooting you

6    right then and there that day as you ran down the road. Did

7    you ever ask yourself why I didn't, or did you ever think to

8    ask yourself that? The last shot was inside your house.

9    The next shot was through Kowalski's back door.

10        "Baby, I just loved you so much to shoot you, even

11   though it was you and your plan for getting Rusty there that

12   day. That's why I ran after you. I just wanted to get you

13   at that time and run away with you until we could think of

14   what to do next. If God is love, it was the love in me for

15   you that saved you.

16        "You did get Rusty down to your house that day and kept

17   him there. Ingenious on your part in having him to wash

18   your car that day to make sure he would be there on time

19   after work.

20        "Were you aware that I had drove down to your house

21   about 20 minutes earlier before you got home that day? I

22   borrowed Pete Bowles's truck, one you didn't know or

23   recognize, and drove down and by your house to see if you

24   were home yet.

25        "Since nothing went like you wanted or planned that

Dolores Stanley - Direct                                    87

1   day, I did not know what to do. That is why I just kept my

2   mouth shut and did not say anything to anyone. I was

3   waiting to follow whatever lead that was made. I just stuck

4   to the basic theme.

5       "On the day of the trial it was my full intention to

6   stand trial. Then during the lunch break my attorney told

7   me and my family that he was going to crucify you on the

8   stand. He also told me that his examination and

9   cross-examination in light of your mental condition, it

10  would drive you over the edge, that if he made you lose it

11  under pressure, you could lose your mind and might never be

12  the same again. It also led me to be concerned that if you

13  cracked up, I was fearful that you'd implicate yourself.

14      "Even though it meant my freedom, I could not sacrifice

15  you or do that to you, sweetheart. I wanted you to be able

16  to remember everything. I also wanted you to stay Dolores.

17  I did not want you to become some spaced out zombie. I just

18  loved you too much. Goddamn it, Dolores, you were my world,

19  my whole GD world and life. I would have done anything to

20  have kept you and not lose you, anything you wanted.

21      "I was so in love with you that instead of thinking of

22  you on January 20th, I should have thought of myself instead

23  of you. Why? Because what good has it done me always

24  putting you first in my life? Even though you were the

25  catalyst for everything that you made happen and for all of