1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

PARTIAL TRANSCRIPT OF PROCEEDINGS

------------------------------x
                              :
UNITED STATES OF AMERICA,     :   CRIMINAL ACTION
                              :   NO. 1:09-CR-00270
vs.                           :
                              :
THOMAS CREIGHTON SHRADER,     :   August 19, 2010
                              :
       Defendant.             :
                              :
------------------------------x

TESTIMONY OF DOLORES STANLEY

BEFORE THE HONORABLE IRENE C. BERGER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the United States: | MR. JOHN L. FILE<br>United States Attorney's Office<br>110 Heber Street, Room 261<br>Beckley, WV 25801 |
| | MR. THOMAS C. RYAN<br>Assistant U.S. Attorney<br>P.O. Box 1713<br>Charleston, WV 25326-1713 |
| For the Defendant: | MR. CHRISTIAN M. CAPECE<br>MR. GEORGE H. LANCASTER, JR.<br>Federal Public Defender's Office<br>300 Virginia Street, East<br>Charleston, WV 25301 |
| Court Reporter: | Lisa A. Cook, RPR-RMR-CRR-FCRR |

Proceedings recorded by mechanical stenography; transcript produced by computer.

GOVERNMENT EXHIBIT F

Dolores Stanley - Direct

4

1 A. Yes.
2 Q. I want to ask you to continue to pick up reading at
3 that point.
4 A. "Things that are important to me that was about us for
5 you to know the truth from me and my point of view while
6 there is still little time left to live. Only while we are
7 alive here on earth can we be sure of being able to
8 communicate with the one you want to communicate with. If I
9 die today and you die tomorrow, it does not mean that we
10 will ever be in touch or that our souls will ever meet
11 again. I don't know. I only know that while you are alive
12 I should reach out to you for the last time so that when
13 something does happen, you will know some things that you
14 took for granted or misread.
15     "But I know now that only after your death will you
16 know the real truth. Your mom's soul knows, Jesus Christ
17 knows, and God knows and that is what I already know was
18 that your mom getting shot was an accident. I would not
19 have shot at the front doorway from the bedroom if you had
20 not been going for the front door. Why in the hell did you
21 run away? Did you panic like I did?
22     "I shot through the door frame so it would splinter the
23 wood and scare you bad enough into stopping so I could get
24 to you. At the instance I pulled the trigger your mom
25 stepped over into the line of fire headed for the front

Dolores Stanley - Direct   5

1  door. If your mom had not moved over into the line of fire,
2  she would never have gotten shot.
3      "Ask yourself did the other people in the living room
4  get shot. No. The bullet would have missed her and gone
5  into the door frame. Then again, if you had not moved in a
6  hurry for the front door, I would not have shot in the first
7  place. Not a day in my life has gone by since July 16,
8  1975, that I cannot help but thinking of what you made
9  happen. At your instance, you made push come to shove.
10     "Didn't turn out the way you had planned, though, did
11 it. But in all honesty, a number of months before all this
12 started, you changed dramatically. It began after the big
13 party that you had at Sherwood Apartments at Teresa's. Then
14 some of you all ended up at the pizza place that used to be
15 in Princeton. Then all of a sudden Roxanne Williams comes
16 into Bill Brown's life and as a friend, I am introduced.
17     "Around the same time, Steve Otey, the usher at the
18 Skyway, calls me and tells me that there's this girl by the
19 name of -- cannot remember her name right now -- Kathy. She
20 lived on the Falls Mills Road , was wanting to meet me, that
21 she had heard about me. So, Steve arranged the meeting at
22 the Skyway ticket booth."
23 Q.    Dolores, let me interrupt you for a second. Do you
24 know who Roxanne Williams is?
25 A.    She is a girl that went to school, Northfork High