IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    CRIMINAL ACTION NO. 1:09-cr-00270

THOMAS CREIGHTON SHRADER,

    Defendant.

**EXHIBIT LIST**

| Court No. | Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|---|
| 1 | | | 11/18/10 | 11/18/10 | letter from Mr. Shrader | Clerk's Office |
| | 1 | | 11/18/10 | 11/18/10 | transcript from Circuit Court of McDowell County | Clerk's Office |
| | 2 | | 11/18/10 | 11/18/10 | documents from Circuit Court of McDowell County | Clerk's Office |
| | 3 | | 11/18/10 | 11/18/10 | documents from Circuit Court of McDowell County | Clerk's Office |
| | 4 | | 11/18/10 | 11/18/10 | documents from Circuit Court of McDowell County | Clerk's Office |
| | 5 | | 11/18/10 | 11/18/10 | WV Code § 61-2-9 (1977) | Clerk's Office |
| | 6 | | 11/18/10 | 11/18/10 | documents from Circuit Court of McDowell County | Clerk's Office |

|  | 7 |  | 11/18/10 | 11/18/10 | WV Code § 61-5-10 (1977) | Clerk's Office |
|---|---|---|---|---|---|---|
|  |  | A | 11/18/10 | 11/18/10 | 09/21/09 examination report | Clerk's Office |
|  |  | B | 11/18/10 | 11/18/10 | 11/17/10 letter from Phillip Scantlebury | Clerk's Office |
|  |  | C | 11/18/10 | 11/18/10 | CD "Video Letter" | Clerk's Office |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Pl. Atty; Def. Atty; agency