IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                                    Criminal No. 1:09-00270-001

THOMAS CREIGHTON SHRADER

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the defendant above-named, Thomas Creighton Shrader, by counsel, Assistant Federal Public Defender Christian M. Capece, appeals to the United States Court of Appeals for the Fourth Circuit from the final Judgment in a Criminal Case of the United States District Court for the Southern District of West Virginia entered in this matter on November 23, 2010.

The defendant respectfully requests that, pursuant to the provisions of the Criminal Justice Act, he be allowed to proceed *in forma pauperis* and that counsel be appointed to prosecute this appeal on his behalf.

**DATED** this 24th day of November, 2010.

THOMAS CREIGHTON SHRADER

Defendant

**MARY LOU NEWBERGER**
**FEDERAL PUBLIC DEFENDER**

s/Christian M. Capece
Christian M. Capece, WV Bar No. 10717
Assistant Federal Public Defender
Room 3400, US Courthouse
300 Virginia Street East
Charleston, WV 25301
Telephone: 304/347-3350
Fax: 304/347-3356
E-mail: christian_capece@fd.org