4cca-30    REV. 09/23/08        T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>__ Additional NOA<br>__ Amended NOA<br>__ Transmittal of Record<br>__ Transmittal of Certif.<br>__ Supplement to ROA<br>__ Supplemental Certif.<br>__ Other_____ | UNITED STATES DISTRICT COURT<br>for the<br>Southern DISTRICT OF West Virginia<br>at BLUEFIELD<br>Caption:<br>UNITED STATES OF AMERICA<br>v.<br>THOMAS CREIGHTON SHRADER | District Court No.:<br>1:09-00270-001<br>4CCA No.:_____<br>Consolidated with No.:<br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 11/24/10<br>2. Amended NOA filed: | 4. Fees<br>_____USA no fee required<br>$5 filing fee:     ___paid    ___unpaid<br>$450 docket fee:   ___paid    ___unpaid<br>Pauper status: ___granted ___denied ✓ pending in dist.ct.<br>Does PLRA Apply? __Yes __No  3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Irene C. Berger | 5. Materials Under Seal in District Court: ✓ Yes ___No<br>   Party Names Under Seal in District Court: ✓ Yes ___No |
| 6. Court Reporter(s)(list all):<br>Lisa Cook<br>Coordinator: Lynn Cooper | 7. Criminal/Prisoner Cases<br>___recalcitrant witness   Defendant's Address:<br>___on death row<br>✓ in custody          Southern Regional Jail<br>___on bond            1200 Airport Road<br>___on probation       Beaver, WV  25813 |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD      ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings?<br>☐ YES  ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br>_____<br>_____<br>_____ | ☐ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br>_____<br>_____<br>_____<br>_____ |
| ☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES    ___ NO<br>All transcript on file?    ___ YES    ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES    ___ NO<br>All transcript on file?    ___ YES    ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Mary J. Pennington  Phone: 304/327-9798  Date: 11/24/10