# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                    Criminal Action 1:09-00270-001

**THOMAS CREIGHTON SHRADER,**

      Defendant.

## ORDER

It is ORDERED that the defendant may proceed on appeal in forma pauperis pursuant to Rule 24, Federal Rules of Appellate Procedure.

ENTER :


IRENE C. BERGER
United States District Judge


## ORDER

The defendant will not be permitted to proceed on appeal in forma pauperis. An order pursuant to Rule 24, Federal Rules of Appellate Procedure, setting forth the reasons for denial will be prepared.

ENTER : November 29, 2010

IRENE C. BERGER
United States District Judge