FILED: May 1, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-5169
(1:09-cr-00270-1)

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

THOMAS CREIGHTON SHRADER

    Defendant - Appellant

ORDER

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Motz and Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk